UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
GA HO KIM, :
:
Plaintiff, :  19-CV-9079 (JMF)
:
-v- :  ORDER
:
DKCOSMETICS et al., :
:
Defendants. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 22, 2020, the Court scheduled a pretrial conference for earlier today, August 27, 2020. *See* ECF No. 52. Following a conference conducted on July 23, 2020, the Court entered an order modifying discovery deadlines and scheduling the pretrial conference for January 14, 2021 at 3:00 p.m. *See* ECF No. 55. Earlier today, the Court received a message seeking clarification about whether the proceedings originally scheduled for August 27 were still to take place. For the avoidance of doubt, the Court notes that the conference today was canceled in light of the July 23 conference and the one now scheduled for January 14, 2021.

      SO ORDERED.

Dated: August 27, 2020
       New York, New York

                                                        JESSE M. FURMAN
                                            United States District Judge