UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GA HO KIM, :
:
Plaintiff, : 19-CV-9079 (JMF)
:
-v- : ORDER
:
DKCOSMETICS et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed at a conference conducted remotely by telephone earlier today:

- Plaintiff shall file his motion for summary judgment **no later than thirty days from the date of this Order**;

- Defendants shall file their opposition to Plaintiff's motion and their cross-motion for summary judgment in a single, combined memorandum **thirty days after Plaintiff's motion is filed**;

- Plaintiff shall file his reply in support of his motion and his opposition to Defendants' cross-motion **twenty-one days later**;

- Defendants shall file their reply in support of their cross-motion **seven days later**.

SO ORDERED.

Dated: May 13, 2021
       New York, New York  
                                        JESSE M. FURMAN
                                       United States District Judge