1

2                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
3                    CASE NO.: 1:19-cv-09079

4    - - - - - - - - - - - - - - - -
     GA HO KIM,                      :
5                                    :
                     Plaintiff,      :
6                                    : DEPOSITION OF:
            -vs-                     :
7                                    : JOHN J.K. LEE
     DKCOSMETICS; DKCOS CORP.; CLUB:
8    CLIO CORP.; CLUB CLIO NYC      : (taken remotely
     CORP.; JONG KYUN ("JOHN") LEE  :  via Zoom)
9    and JOHN DOES 1-10 (said names:
     being fictitious); and JOHN     :
10   ROES CORPS. 1-10 (said names   :
     being fictitious),             :
11                                   :
                     Defendants.     :
12   - - - - - - - - - - - - - - - -

13

14

15           Transcript of testimony as taken by and
     before ANGELA SPERDUTO, a Certified Court Reporter
16   of the State of New Jersey, at the home offices of
     Angela Sperduto, Certified Court Reporter, 22
17   Noelle Court, Lincoln Park, New Jersey, on
     Wednesday, February 17, 2021, commencing at
18   10:12 a.m.

19

20

21

22

23           ANGELA SPERDUTO
             CERTIFIED COURT REPORTER
24           22 NOELLE COURT
             LINCOLN PARK, NEW JERSEY 07035
25           (973) 694-5029

2

```
1

2   A P P E A R A N C E S:

3          KIM, CHO & LIM, LLC
           BY: SEOKCHAN KWAK, ESQ.,
4          For the Plaintiff

5          LAW OFFICE OF KENNETH A. ELAN
           BY: KENNETH A. ELAN, ESQ.,
6          For the Defendants

7          ALSO PRESENT:
           Fran Yoon, Interpreter
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                    I N D E X

3  WITNESS                    DIRECT

4  JOHN J.K. LEE
        MR. KWAK                    5
5

6

7

8

9

10

11

12            E X H I B I T S

13  NUMBER      DESCRIPTION              IDENTIFICATION

14  Exhibit A   Business Entity Information
                for Club Clio Corp.         22
15
    Exhibit B   Corporate Defendant's
16              Responses To Plaintiff's
                Interrogatories            22
17
    Exhibit C   Paystubs from Club Clio USA   43
18
    Exhibit D   Posters from C.P.A.          64
19
    Exhibit E   LS forms                    71
20
    Exhibit F   Ga Ho Kim records           83
21
    Exhibit G   2016 records                90
22
    Exhibit H   2018 time records          100
23
    Exhibit I   Email dated March 13, 2018  119
24
    Exhibit J   Hyun Hee Kim's hours        134
25

4

1

2    Exhibit K    Defendant John Lee's
              Responses To Plaintiff's
3             Interrogatories              143

4    Exhibit L    Defendant's Responses To
              Plaintiff's Request To
5             Admit                        145

6    Exhibit M    Defendant's Initial
              Disclosures                  146
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2  F R A N         Y O O N,

3       Korean interpreter, sworn.

4

5  J O H N        J.K.         L E E,

6       51 13 Sutton Lane, New Hyde Park, New York

7       11040, sworn.

8

9  DIRECT EXAMINATION BY MR. KWAK:

10       Q     Good morning, Mr. Lee.  Thank you for

11  being here today.

12       A     Okay.

13       Q     Can you state your legal name for the

14  record, please?

15       A     John J.K. Lee.

16             THE WITNESS:  J-o-h-n J. K. L-e-e.

17             THE INTERPRETER:  John J.K. Lee.

18       Q     Have you ever used any other names here

19  in the United States?

20       A     Yes, Jong Kyun Lee, spelled J-o-n-g

21  K-y-u-n.

22       Q     And last name, the same last name,

23  Lee.  Right?

24       A     Yes.

25       Q     Okay.  Have you ever been deposed

1  Lee - direct

2  before?

3      A      No.

4      Q      Okay.

5             Do you know what today's proceeding is

6  about?

7      A      No, not really.

8      Q      Okay.

9             Today it's a question and answer

10  session where I will be asking you questions and

11  you will be answering the questions that I pose to

12  you.

13      A      Okay.

14      Q      And, please, we have an interpreter

15  that's interpreting for you so please respond to

16  the Korean -- the question posed to you in Korean

17  that's interpreted by Miss Yoon.

18      A      Okay.

19      Q      And when you provide your answer, too,

20  please try to respond in Korean so that Miss Yoon,

21  the interpreter, can interpret it into English for

22  the record.

23      A      Okay.

24      Q      And we also have a court reporter here

25  today who will be writing down everything that's

1   Lee - direct

2   being said in this deposition.

3        A     Okay.

4        Q     And she cannot record anything that we

5   do.  She can only record all the things that we

6   say, so when you answer, please make sure you

7   verbalize your response.

8        A     Okay.

9        Q     Mr. Lee, what's your current

10  residential address?

11       A     51 13 Lane, 13 Sutton Lane, New Hyde

12  Park, New York 11040.

13            (The interpreter and the witness speak

14       in Korean.)

15            THE INTERPRETER:  The interpreter would

16       like to correct the address.  The correct

17       address is 51 Sutton Lane, New Hyde Park,

18       New York 11040.  There's no 13.  It was

19       Sutton.

20       Q     I'm sorry, it's 51 Sutton, S-u-t-t-o-n,

21  Hill Lane, New Hyde Park, New York.  Is that

22  right?

23       A     That's correct, Sutton Hill Lane.

24       Q     Okay.

25            Do you own that property, your

1    Lee - direct

2    residential property where you live?

3         A      No, it's not.

4         Q      Okay.

5                Do you own any other residential

6    property?

7         A      No.

8         Q      What's the date of your birth?

9         A      August 26, 1976.

10        Q      And is there any reason you would not

11   be able to speak the truth today?

12        A      No.

13        Q      Okay.

14               In anticipation of participating at the

15   deposition here today did you review any kind of

16   documents?

17        A      No.

18        Q      Okay.

19               Mr. Lee, can you -- how many businesses

20   do you own as of now?

21               Wait, let me rephrase that.

22               How many business entities do you own

23   currently?

24        A      About three.

25        Q      And can you list them?

1    Lee - direct

2         A        They are DKCosmetics, DKCos and Club

3    Clio.

4         Q        Is that the full legal name of the

5    business entities that you own?

6         A        Yes.  The exact names are, I believe,

7    DKCosmetics, DKCos Corp., and Club Clio USA Corp.

8         Q        Okay.

9                  What about Club Clio Corp. without the

10   USA?

11                 MR. ELAN:  Objection to form.  What are

12        you asking?

13                 I'm sorry, I didn't let you finish the

14        question.  Go ahead.  Sorry.

15        Q        Do you own -- I'll rephrase.

16                 Do you own a business entity named Club

17   Clio Corp.?

18        A        No.

19        Q        What about -- let me rephrase.

20                 Do you own a business entity named Club

21   Clio NYC Corp.?

22        A        I used to own it.

23        Q        And what happened to Club Clio NYC

24   Corp.?

25                 MR. ELAN:  Objection to form.

1  Lee - direct

2            The witness can answer.

3     A     Well, it was a retail store that was

4  located on the 14th Street.  However, due to

5  pandemic, it had to close.

6     Q     And for DKCosmetics, does it have any

7  like an Inc. or a Corp. at the end or is it just

8  DKCosmetics?

9     A     I believe it is an I-n-c.

10    Q     Okay.  And where is DKCosmetics' office

11  located?

12            MR. ELAN:  Objection.  Objection to

13       form.

14    A     20 West 33rd Street, New York 10001.

15    Q     Is there any other addresses for

16  DKCosmetics?  Are there any other addresses?

17            MR. ELAN:  Objection to form.

18            The witness can answer if he

19       understands the question.

20    A     Are you asking me for a previous

21  address?

22    Q     Including previous addresses.

23    A     There was a previous address before we

24  moved the office to 20 West.  It used to be at 18

25  West 33rd Street, and there is a warehouse in

1    Lee - direct

2    New Jersey, so if you're asking for the address of

3    that warehouse, I can give you the exact address.

4         Q      Please, can you give me the address for

5    the New Jersey warehouse?

6         A      It's -- the address is 734 Grand

7    Avenue, Ridgefield, New Jersey.  I can't recall the

8    zip code.

9         Q      All right.

10              And that warehouse, is it leased under

11   DKCosmetics' name?

12        A      I cannot give you a definite answer

13   because I don't have the lease in front of me but I

14   believe so.

15        Q      Is it possible that a different entity

16   is on that lease?

17              MR. ELAN:  Objection to the form.

18        Objection to the form of the question.  You're

19        asking the witness to speculate.  He says he

20        doesn't know.

21              Over my objection, if the witness can

22        give an answer.

23   A      No.

24   Q      Okay.

25              And is there any other addresses in

1  Lee - direct

2  New Jersey former or current for DKCosmetics?

3       A       Yes, there was another location that we

4  used to use as a warehouse.  However, I can't

5  recall that address.

6       Q       Do you know which town or city that

7  former warehouse was in?

8       A       It was in the same town, Ridgefield.

9       Q       Okay.

10              And what kind of business was

11  DKCosmetics involved in?

12       A       Cosmetic wholesale.

13       Q       And as a part of that does DKCosmetics

14  warehouse stuff and then sell it to retail stores?

15  Is that accurate?

16              THE REPORTER:  I'm sorry, Sean, what

17       was the word?

18              As a part of that does DKCosmetics

19       warehouse -- finish the question, please.

20       Q       Goods and deliver the goods to retail

21  stores?

22              MR. ELAN:  I just -- I want a

23       clarification because the question was

24       convoluted and there was some stopping.

25              Are you asking whether DKCosmetics

1   Lee - direct

2        ships goods from the warehouse to customers?

3        Was that the question?

4            MR. KWAK:  I'm asking if it stores

5        goods as in warehouses the goods and then

6        delivers them, yes, ships them out.

7            MR. ELAN:  And then ships them out.

8            MR. KWAK:  It's just different words.

9            MR. ELAN:  The witness can answer the

10       question.

11   A     No, we don't ship them out.

12   Q     Okay.

13            And are you the sole owner of

14   DKCosmetics?

15   A     Yes.

16   Q     All right, let's go over to DKCos Corp.

17   What's the address for DKCos Corp.?

18            MR. ELAN:  Just if I may get a

19       clarification before the witness answers.

20            Are you asking for the principal office

21       address of DKCos?  Are you asking where it

22       does business?  Can you give a clarification,

23       please?

24            MR. KWAK:  Wherever it has an office.

25            MR. ELAN:  All right, the witness can

1    Lee - direct

2         answer.

3         A       It shares the same office as the

4    DKCosmetics.

5         Q       Does it have any other addresses for

6    different offices or warehouses?

7         A       No.

8         Q       Does it -- does DKCos Corp. share the

9    warehouse with DKCosmetics, as well?

10        A       Yes.

11               MR. ELAN:  Objection to the form of the

12        question but the witness gave an answer.

13        That's fine.

14               Let me remind the witness that if I

15        interpose an objection, please let me state my

16        objection on the record before you answer.

17               You can go on.

18        A       Understood.

19        Q       All right.

20               And what's the nature of business for

21    DKCos Corp.?

22               MR. ELAN:  Objection to the form of the

23        question.

24        A       It's the same as the DKCosmetic.

25        Q       And are you the sole owner of DKCos

1   Lee - direct

2   Corp.?

3        A       Yes.

4        Q       Okay.

5                When was Club Clio USA Corp.

6   incorporated?

7        A       I can't recall exactly when it was

8   incorporated.  However, based on my recollection, I

9   believe it was between 2013 and 2015.

10       Q       And what's the address -- what's the

11  office address for Club Clio USA Corp.?

12       A       It's not -- it doesn't have an office

13  address but it's a retail store and the address of

14  that retail store is 136-86 Roosevelt Avenue,

15  Flushing, New York.

16       Q       Does it have any other retail stores

17  that it operates?

18       A       No.

19       Q       And is it true that it -- I'm sorry,

20  you said it's a retail store.  What kind of goods

21  does Club Clio USA Corp. sell?

22       A       Korean-made cosmetics.

23       Q       Does Club Clio USA Corp. have any other

24  business other than retail sale of Korean

25  cosmetics?

```
1    Lee - direct

2        A       No.

3        Q       And are you the sole owner of Club Clio

4    USA Corp.?

5        A       That's correct.

6        Q       Club Clio NYC Corp., what was its

7    address when it -- before it was dissolved?

8        A       I don't know if this is the correct

9    address.  However, I believe it was 11 West 14th

10   Street, New York.

11           MR. ELAN:  Let me remind the witness to

12        not guess, not to speculate.  Counsel's only

13        interested in your knowledge, so just if your

14        answer is based upon knowledge, give an

15        answer.  Otherwise, simply say that you don't

16        recall.

17       A       Understood.  Thank you.

18       Q       And were you the -- I'm sorry.

19           What was the nature of business for --

20   of Club Clio NYC Corp.?

21           MR. ELAN:  Objection to form.

22           The witness could answer.

23       A       Well, it was the same concept.  The

24   company was a retail store same as the Club Clio

25   USA Corp.
```

1  Lee - direct

2  Q      Did you say it was the same as Club

3  Clio USA Corp. or Club Clio Corp.?

4  A      Club Clio USA.

5  Q      And are you the sole owner of Club Clio

6  NYC Corp.?

7  A      Yes.

8  Q      And I'm just asking again, you do not

9  recall a company named Club Clio Corp.  Is that

10  right?

11  A      Correct.  I don't know.

12         MR. KWAK:  All right.  Let me do a

13         quick screen share.  Hold on one second.

14  Q      Mr. Lee, can you see the pdf file that

15  I just put up on the screen?

16  A      Yes.

17  Q      I'm highlighting the section where it

18  says Selected Entity Name or the Current Entity

19  Name.  Do you see Club Clio Corp.?

20  A      Yes.

21  Q      And it also shows an address for this

22  corporation.  It says 136-86 Roosevelt Avenue,

23  Flushing, New York, 11354.  Do you see that?

24  A      Yes.

25  Q      Is this not a company owned by you?

1    Lee - direct

2        A       This is the Club Clio USA that I was

3    talking about.

4        Q       Okay.

5                So when you were referring to Club Clio

6    USA Corp., you -- is it fair to -- is it accurate

7    to say that you were actually referring to Club

8    Clio Corp.?

9        A       Yes, that's correct.

10       Q       Okay.  Do you have any -- oh, do you

11   recall or do you recognize a business name called

12   Jknlee?

13       A       I once used that name.

14       Q       And which corporation operated under

15   the name Jknlee?

16               MR. ELAN:  Objection to form.

17       A       As I sit here now, I can't recall.

18       Q       Was it either one of Club Clio Corp.,

19   Club Clio NYC Corp., DKCosmetics or DKCos Corp.?

20               MR. ELAN:  Just note my objection.  The

21          witness said he couldn't recall.  But if the

22          witness -- if his memory is refreshed, he can

23          give an answer.

24       A       Probably.

25       Q       And what was the address, the retail

1  Lee - direct

2  store address, for Jknlee?

3      A      I can't recall.

4      Q      Was there just one location or more

5  than one location for Jknlee?

6      A      Based on my recollection, I believe it

7  was one.

8      Q      And was it in New York?

9      A      Yes.

10     Q      And was it in Manhattan?

11     A      Yes.

12     Q      And what was the nature of the business

13 operated under the name Jknlee?

14            MR. ELAN:  Objection to form.

15     A      It was the same business as the Club

16 Clio USA and Club Clio.

17     Q      Mr. Lee, do you own any business

18 outside the United States?

19            MR. ELAN:  Objection to form.

20            The witness can answer.

21     A      No, I don't have any businesses that I

22 own outside of the U.S.

23     Q      Do you operate any business outside the

24 U.S.?

25            MR. ELAN:  Objection to form.

1   Lee - direct

2        A        What's the difference between owning a

3   business and operating a business?

4        Q        Well, owning you may -- you would have

5   share or stock in the business, and operating you

6   don't necessarily have any ownership of the

7   business, no shares, no interest in the business

8   but you may still be managing the business or

9   taking profits from the business.

10              MR. ELAN:  Just note my objection to

11       counsel's explanation.

12              The witness can answer if he

13       understands the question.

14       A        I don't think I can answer because I

15   don't clearly understand the question.

16       Q        All right.

17              Do you have any income source from

18   outside the United States, from anywhere outside

19   the United States?

20              MR. ELAN:  Objection to the form of the

21       question.

22              The witness gave an answer.  That's

23       fine.

24       A        No.

25       Q        With respect to the four corporate

1   Lee - direct

2   entities that we've discussed, and from now on when

3   I say the corporate entities, unless I specify, I

4   mean all four of DKCosmetics, DKCos Corp., Club

5   Clio Corp. and Club Clio NYC Corp.  Do you

6   understand that?

7        A       Understood.  If I don't understand

8   anything, I would just ask you for clarification.

9        Q       Please do.

10              Did -- at any time did two or more of

11  the corporate entities hire the same employee at

12  the same time?

13              MR. ELAN:  I'm going to object to the

14         question.  I don't understand what you're

15         asking.

16       Q       Did two or more of the corporate

17  defendants hire a single employee at the same time

18  concurrently?

19              MR. ELAN:  Concurrently.  Did it hire

20         them at the same time.

21              If the witness can give an answer.

22       A       No.

23       Q       Was there another case for an employee

24  named Hyun Hee Kim?

25              MR. KWAK:  Fran, it's Hyun Hee Kim.

1   Lee - direct

2        A       No.

3                THE REPORTER:  Can you spell it, Sean,

4        please, for us?

5                MR. KWAK:  It's H-y-u-n space H-e-e

6        space K-i-m.

7                THE REPORTER:  Thank you.

8                MR. KWAK:  Oh, I'm sorry, when I used

9        the -- when I did the screen share for the

10       corporate document, I forgot to say I'm

11       marking it as an exhibit.  We'll just travel

12       back in time and let's mark that as Exhibit

13       A.  Is that okay?

14               MR. ELAN:  That's fine.  You don't have

15       to go back.  Just have the court reporter

16       deemed it marked as plaintiff's A for

17       Identification.

18               MR. KWAK:  Okay.  And let me mark this

19       as Exhibit B for Identification.  It's a --

20       it's the Corporate Defendant's Response To

21       Plaintiff's Interrogatories.

22               (Business Entity Information for Club

23       Clio Corp. is marked Exhibit A for

24       Identification.  Corporate Defendant's

25       Responses To Plaintiff's Interrogatories is

1    Lee - direct

2         marked Exhibit B for Identification.)

3         Q     Mr. Lee, can you see the document that

4    I have put up on screen share?

5         A     Yes.

6         Q     Do you recognize this document?

7         A     Not really.

8         Q     Do you know what an interrogatory is?

9         A     Not really.

10        Q     Do you recall responding to a set of

11   interrogatories in this action?

12        A     Yes, my recollection is that I received

13   the set of questions from my attorney and I

14   discussed it with him before answering.

15             MR. ELAN:  Mr. Lee, let me remind you,

16        please do not refer to any conversations that

17        you had between yourself and your attorneys.

18        A     Understood.

19        Q     Okay.

20             And I'm going to the last page of the

21   same document, your response, the corporate

22   defendant's response to the interrogatories.  I see

23   an electronic signature.  It has /s/ John Lee.  Did

24   you authorize this electronic signature to be put?

25        A     Yes.

Lee - direct

2      Q      Okay.

3             And I'm looking at -- one second --

4  interrogatory number 11.  And, actually, more the

5  response to interrogatory number 11.  It says,

6  "With the exception of HyunHee Kim, who worked for

7  both Clio and DKCos at the same time."

8             Do you see that?

9      A      Yes.

10     Q      Is it true that Miss Kim, Miss Hyun Hee

11 Kim, worked both for Clio and DKCos at the same

12 time?

13     A      Well, no, I believe there must have

14 been some communication issues through an

15 interpreter.  There was never a time when one

16 person was working for two businesses at the same

17 time.  A store may have sent an employee to the

18 warehouse to work there for some time or the

19 warehouse employee may have come to the store to

20 work there for some time.  There was never a time

21 when one person worked at the same -- two places at

22 once.

23     Q      So this response is not accurate.  Is

24 that right?

25     A      I cannot say that or I cannot answer

 1   Lee - direct

 2   that.

 3           Q       Okay.  Let me rephrase this question.

 4                   MR. ELAN:  Before you do that, I just

 5           want to remind you, because your question, I

 6           think it's a little confusing to the witness

 7           and I just want to clarify.

 8                   Your question to the witness is whether

 9           anyone was hired at the same time.  This

10           answer is something completely different.

11           It's saying that she was employed for both.

12           It doesn't say that Hyun Hee Kim was hired

13           simultaneously by both companies.  You're

14           talking about something that's apples and

15           oranges and I think the witness may be

16           confused here so I think I need you to

17           clarify, counsel, because what you're doing is

18           not right.

19                   MR. KWAK:  Just state your objection

20           for the record and then we can move on.

21                   MR. ELAN:  I've stated it.  You've

22           asked two different things.

23                   MR. KWAK:  Yes.  Yes, for the record,

24           and we can move on, Mr. Elan.

25           Q       Mr. Lee, is it true -- is it accurate

1   Lee - direct

2   that Miss Hyun Hee Kim worked for both Clio and

3   DKCos at the same time?

4       A       I still don't get the question.  Could

5   you explain it again?

6       Q       Did Miss Hyun Hee Kim at the same time

7   work for both Clio and DKCos at any time?

8       A       I'm still confused because I don't

9   understand the question.  Logically you only have

10  one body.  One person has one body so I don't

11  understand how one person can work at two different

12  places at the same time.

13      Q       Mr. Lee, are you saying that an

14  individual cannot have more than one employer?

15          MR. ELAN:  Objection to the form.

16          Just before you answer, when you asked

17      the question can you have one employer when,

18      simultaneously, different years?  When you

19      asked the question, you didn't say -- all you

20      said is more than one employer.  Do you mean

21      simultaneously?

22          MR. KWAK:  Let me rephrase.

23      Q       Mr. Lee, are you saying that an

24  individual cannot have more than one employer at

25  the same time?

1    Lee - direct

2         A      No, that's not what I'm saying but I

3    believe the first -- the previous question and this

4    current question is completely different.

5         Q      Which first question are you referring

6    to?

7              MR. ELAN:  Why don't you have the

8         reporter read back the question rather than

9         have the witness --

10             MR. KWAK:  No, no, Mr. Elan.  Mr. Elan,

11        state your objection.

12             MR. ELAN:  I stated the objection

13        here.

14             MR. KWAK:  I don't know which question

15        Mr. Lee is referring to so I can't ask the

16        court reporter to read it back.  That's why

17        I'm asking Mr. Lee which question are you

18        referring to.

19             MR. ELAN:  The witness can give an

20        answer.

21        A      I'm just saying that I don't understand

22    the connection between the last question and the

23    question that was proposed to me prior which -- in

24    which you are asking me if Hyun Hee Kim was

25    employed by two different entities at the same

1    Lee - direct

2    time.

3         Q      Okay.  Mr. Lee, you can disregard, you

4    can forget about the questions I've asked before.

5    Just answer the question that I pose to you right

6    now.

7         A      Okay.

8         Q      Is it your understanding that an

9    individual cannot be hired or, I'm sorry, let me

10   reask the question.

11              Is it your understanding that an

12   individual cannot have more than one employer at

13   the same time?

14        A      No, I don't think that.

15        Q      Then is it possible that Miss Kim

16   worked for both Clio and DKCosmetic -- and DKCos at

17   the same time?

18              MR. ELAN:  Objection to the form of the

19              question.  It calls for speculation.  If the

20              witness wants to give an answer, he can.

21              (The interpreter and the witness speak

22              in Korean.)

23        Q      My question was, is it possible or not?

24              MR. ELAN:  Note my objection.

25        A      I mean, it's a -- I'm not sure if I'm

1    Lee - direct

2    understanding your question clearly.  However, I

3    can explain it this way:  Hyun Hee Kim was an

4    employee of DKCosmetic -- Cosmetics, and she may

5    have been dispatched to help out at the retail

6    store, but I don't know if that constitutes working

7    for two companies.

8         Q     Okay.

9               And when you say retail stores, it's

10   the business owned by the Clio -- Club Clio Corp.

11   or Club Clio NYC.  Is that correct?

12        A     Yes.

13        Q     Okay.

14               Is there any difference between the

15   business of Club Clio and Club Clio NYC?

16        A     Probably the location.

17        Q     And Miss Kim -- is it your testimony

18   that Miss Kim was hired by DK -- I'm sorry, let me

19   withdraw that question.

20               When you said Miss Kim was hired by

21   DKCos, did you mean DKCos Corp. or DKCosmetics?

22        A     Currently or initially?

23        Q     Currently first.

24        A     My understanding is that she is an

25   employee of the DKCos Corp.

1  Lee - direct

2       Q       And was she ever employed at

3  DKCosmetics?

4       A       No.

5       Q       Was she employed at Club Clio Corp.

6  ever?

7       A       Yes.

8       Q       And was she employed by Club Clio NYC

9  Corp. ever?

10       A       No.

11       Q       When did she -- when did her employment

12  with DKCos Corp. begin?

13       A       I don't know the exact date.

14       Q       Do you know which year it was?

15       A       No.

16       Q       Was it before Mr. Ga Ho Kim was fired

17  or laid off or resigned?

18       A       I can't recall that either.

19       Q       Okay.

20               And your testimony is that when Miss

21  Kim was working at DKCos Corp., she was sent to

22  work at the retail stores operated by Club Clio

23  Corp. and Club Clio NYC Corp.  Is that right?

24               MR. ELAN:  Objection.  I think you're

25          mischaracterizing the witness's testimony.  If

```
 1   Lee - direct

 2        the witness can answer the question.

 3        A     Yes.

 4        Q     Was it Club Clio Corp.'s retail store

 5   or Club Clio NYC Corp.'s retail store?

 6        A     My recollection is that it was Club

 7   Clio USA.

 8        Q     Was that the only location?

 9        A     I can't recall.

10        Q     Okay.  All right.

11              Mr. Kim, do you remember Mr. Ga Ho Kim?

12        A     Yes.

13        Q     Was he employed from May 2nd, 2016

14   through November 15th, 2018?

15        A     I can't recall with certainty.

16        Q     Was he ever employed in New York?

17        A     Yes, there was a time when he was

18   employed in New York.

19        Q     And while he was working in New York,

20   which one of the corporate entities was the

21   employer for Mr. Kim?

22        A     I believe it was Club Clio USA.

23              MR. ELAN:  Sean --

24        Q     When you say --

25              MR. ELAN:  I'm sorry, ask the question
```

1  Lee - direct

2        and then I just want to talk to you.  We've

3        been going for about an hour.  I need to take

4        a break for a few minutes.

5              MR. KWAK:  Okay, just one more

6        question.

7              MR. ELAN:  Go right ahead.

8        Q      And, Mr. Kim, when you say Club Clio

9   USA, you mean Club Clio Corp.  Right?  You

10  clarified this.

11       A      Yes, that's correct.

12             MR. KWAK:  Okay.  We can take a break.

13             MR. ELAN:  We're going to take a break

14       and why don't we resume, say, in about -- I

15       have 11:13.  Why don't we say about 11:25,

16       11:30, whatever?

17             MR. KWAK:  That's more than I expected

18       but, I mean, what do you need a break for?

19             MR. ELAN:  For my own reasons I need to

20       take a break right now.  I just need ten

21       minutes.  Okay?  Just ten minutes.

22             MR. KWAK:  All right.  11:25.

23             MR. ELAN:  Mr. Lee, we're off.  You can

24       step out to stretch your legs.

25                  (There is a recess.)

Lee - direct

2       Q       All right.  Mr. Lee, you said when

3   Mr. Kim, Mr. Ga Ho Kim, was employed in New York,

4   he was employed by Club Clio Corp.  Is that right?

5       A       Correct.

6       Q       Did he work at multiple locations?

7       A       My recollection is that when he was

8   working in New York, Ga Ho Kim was an assistant

9   manager, so he was in charge of training and he

10  would -- he was dispatched to the retail store or

11  the showroom.

12      Q       Is it true that he worked at 136-86

13  Roosevelt Boulevard?

14      A       Yes, that's the location for the Club

15  Clio Corp., Club Clio USA.

16              MR. ELAN:  This is a clarification.

17              Mr. Lee, is it Roosevelt Avenue or

18         Roosevelt Boulevard?

19      A       Avenue, I think.

20      Q       And was Mr. Ga Ho Kim sent to work at

21  11 West 14th Street, New York, New York?

22      A       I believe so.

23      Q       And that's the address for Club Clio

24  NYC Corp.  Is that right?

25      A       Yes, that's correct.

1   Lee - direct

2        Q       Did he also work at 141-47 Northern

3   Boulevard, Flushing, New York?

4        A       I can't recall.

5        Q       Do you recognize the address?

6        A       That was the address -- that was the

7   registered address for the DKCosmetics.

8        Q       Is there a retail store located at that

9   address?

10       A       For a short time, yes, there was one.

11       Q       In what year?

12       A       I can't recall.

13       Q       Did he also work at 2 East Broadway,

14   New York, New York?

15       A       I can't recall.

16       Q       Do you recognize that address?

17       A       No, I don't really recall that address.

18       Q       Was that the address for Jknlee?

19       A       That's what I think but I don't have a

20   -- I'm not -- I can't recall with certainty, so I

21   can't say that it is.

22       Q       Without regard to the address, was

23   Mr. Kim sent to work at Jknlee retail store?

24       A       I can't recall because I wasn't

25   managing that business so I can't recall.

1    Lee - direct

2         Q       Who managed that location, Jknlee?

3         A       There used to be a supervisor.

4         Q       What -- is it a he or she?

5         A       She.

6         Q       What was her -- what is her name?

7         A       Her name was Jieun Lee, spelled

8    J-i-e-u-n L-e-e.

9         Q       Was she an employee of any one of the

10   four corporate entities?

11        A       Yes, that's correct.

12        Q       Which business entity was she an

13   employee of?

14        A       I know that she was not employed by

15   either DKCosmetics or DKCos Corp. but I can't

16   recall which one of the Club Clios she was employed

17   by.

18              MR. KWAK:  Just for the record, for

19          spelling and so you have all the spellings

20          right, it's DKCosmetics all in one word,

21          D-K-C-o-s-m-e-t-i-c-s, and DKCos Corp. is

22          D-K-C-o-s, one word, space Corp.

23              Back on the record.

24        Q       Mr. Lee, was Mr. Kim, Mr. Ga Ho Kim,

25   sent to work at 192 Front Street, New York,

1    Lee - direct

2    New York?

3              MR. ELAN:  Objection to the form.  The

4         witness can answer if he.

5    A    I don't recognize that address.

6    Q    Is there any other addresses or any

7    other stores where you do recall that Mr. Kim was

8    sent to work at?

9    A    No.  Sorry.

10   Q    Was Mr. Kim employed in New Jersey?

11   A    No.  He was never sent to work in

12   New Jersey.

13   Q    Was he --

14             MR. ELAN:  Just for clarification.  I

15        just want to clarify this.

16             Your prior question, Mr. Lee, the prior

17        question was he employed in New Jersey,

18        correct, versus did he work in New Jersey?

19        Because we're talking about two different

20        things.  Am I correct, Sean?

21             MR. KWAK:  Yes, I understand the

22        confusion here.

23             MR. ELAN:  And that's what caused the

24        confusion before, so if you just clarify it,

25        please.

```
 1   Lee - direct
 2               MR. KWAK:  Yes, let me rephrase.
 3        Q    Was he ever employed in New Jersey?
 4               MR. ELAN:  Sean, if I may just, just an
 5        objection.  Just so I am clear, when you say
 6        was he employed in New Jersey, was he employed
 7        by a New Jersey entity?  I don't want to, you
 8        know, hamstring you here but I want to be
 9        careful about this question.
10               MR. KWAK:  I'll get there.
11        Q    Was Mr. Kim ever made to suffer, to
12   provide service in New Jersey?
13               MR. ELAN:  Well, I'll object.  Ever
14        made to suffer.  If you want to ask whether he
15        worked there, I'll let you ask that.  That's a
16        fair question.
17        Q    All right.  Did Mr. Kim ever work in
18   New Jersey?
19        A    Yes.
20        Q    And which corporate entity was the
21   employer when Mr. Kim was working in New Jersey?
22        A    DKCosmetics.
23        Q    And that's DKCosmetics and not DKCos
24   Corp.  Is that right?
25        A    That's correct.
```

1   Lee - direct

2       Q       And what was the address of the

3   location where he worked?

4       A       It's a warehouse in New Jersey at the

5   address which I provided this morning, the one that

6   starts with 734.

7       Q       That's 734 Grand Avenue, Ridgefield,

8   New Jersey.  Right?

9       A       Yes.

10      Q       And you mentioned a warehouse that

11  DKCosmetics had before that address.  Was Mr. --

12  did Mr. Kim ever work at the other address, the

13  former address?

14      A       I can't recall.

15      Q       Okay.

16              Just to clarify, is it true that when

17  Mr. Kim was working in New York, he was employed by

18  Club Clio Corp.?

19      A       Yes.

20      Q       And when he was working in New Jersey,

21  he was employed by DKCosmetics.  Is that right?

22      A       Yes.

23      Q       When he was working in New Jersey, did

24  he work at any location other than 734 Grand

25  Avenue?

1    Lee - direct

2            MR. ELAN:  I'm just going to object to

3        the question.  It's ambiguous.  Are you saying

4        did he work at any other location in

5        New Jersey while he worked at the warehouse or

6        are you --

7            MR. KWAK:  Without limitation as to the

8        state borderline.

9    A        I can't recall.  I don't think so.

10   Q        All right.

11           When Mr. Kim was working in New York,

12   what was his title?

13           MR. ELAN:  Objection.  Improper

14       foundation.

15           The witness could answer.

16   A        My understanding is that in the last

17   stages of his employment I believe he was assistant

18   manager.

19   Q        One second.

20           And when he was working in New Jersey,

21   what was his title?

22           MR. ELAN:  Same objection.  Improper

23       foundation.

24           The witness can answer.

25   A        I believe he didn't have one.  He was

1  Lee - direct

2  just referred to as -- by his own name.

3      Q      And what was Mr. Kim's -- what were his

4  duties when he was working in New Jersey?

5      A      I believe he was just one of the

6  employees working at the warehouse.

7      Q      Did he have any sales activities?

8          MR. ELAN:  Objection to the question.

9          I don't know what is meant by sales

10         activities.  Can you rephrase?

11         MR. KWAK:  You don't understand.  The

12         witness may understand.

13         MR. ELAN:  All right, I'm just

14         directing the witness.  If he understands what

15         sales activities is, fine.  The witness can

16         answer.

17     A      No, he was never involved in sales

18  activity.

19         MR. KWAK:  I'm sorry, I just got a

20         call.

21     Q      I am showing you again what's been

22  marked as Exhibit B and I'm looking at

23  interrogatory number 6.  In response to

24  interrogatory number 6, you responded, "While he,"

25  Mr. Kim, "worked for DKCosmetics, he engaged in

1    Lee - direct

2    wholesale sales of product in the Flushing,

3    New York area."

4              Do you see that?

5    A     Yes, I do see that.

6    Q     Is this accurate?

7    A     Well, there was a probation period and

8    there was some tries, trials, but it was stopped.

9    Q     Okay.

10             And what was plaintiff's -- what was

11   Mr. Kim's salary when he was first hired in

12   New York?

13   A     I can't recall.

14   Q     Do you remember his salary at any time

15   while he was working in New York?

16   A     No.

17   Q     What about in New Jersey?  Do you

18   remember his salary while he was working in

19   New Jersey?

20   A     No.

21   Q     Was he paid a fixed salary or was he

22   paid by the hour?

23   A     I believe it was a yearly salary.

24   Q     How often were the payments made?

25   A     It's customary for our company to pay

1    Lee - direct

2    bimonthly.

3         Q      So when he was paid a salary, he would

4    be paid the same amount twice a month.  Is that

5    right?

6         A      Yes, I believe that's true for most of

7    our employees.

8         Q      What do you mean most?  What do you

9    mean for most of your employees?  Is there an

10   exception to that?

11        A      Yes, most.  I believe the communication

12   was wrong.  The translation was incorrect.  I meant

13   to say that for the most part he was probably paid

14   that way.  That's what I meant to say.

15        Q      And you said Mr. Kim was paid

16   bimonthly.  Is this the case for all of your

17   salaried employees?

18             MR. ELAN:  Objection.  He didn't say

19        bimonthly.  He said biweekly.  You said

20        bimonthly.

21             MR. KWAK:  Yes, that's -- I mean,

22        bimonthly meaning twice a month.  I'll

23        rephrase it.

24             MR. ELAN:  Bimonthly means every other

25        month.  Biweekly means every other week,

1   Lee - direct

2       counselor.

3           MR. KWAK:  Well, there's a -- off the

4       record.

5           There's a little bit of dispute on the

6       definition about that.  But I'll rephrase it.

7           Back on the record.

8   Q       Mr. Lee, you testified that plaintiff

9   when he was paid a salary he was paid twice a

10  month.  Is that right?

11  A       Yes.

12  Q       And by that do you mean Mr. Kim was

13  paid on the 15th of every month and then on the

14  last day of every month?

15  A       Yes, for the most part.

16  Q       And was that the case for all of your

17  salaried employees?

18  A       Yes, that's correct.

19  Q       Was Mr. Kim ever paid per day?

20  A       I can't recall.

21          MR. KWAK:  Okay.  I'll mark this as

22      Exhibit C for Identification.  It's paystubs

23      from Club Clio USA.

24          (Paystubs from Club Clio USA is marked

25      Exhibit C for Identification.)

1    Lee - direct

2         Q       Mr. Lee, can you see the document that

3    I'm showing you?

4         A       Yes.

5         Q       And it says Club Clio USA at the top

6    left corner.  Right?

7         A       Yes.

8         Q       And it says Employee Name, Jimmy (Gaho)

9    Kim.  Do you see that?

10        A       Yes.

11        Q       Was Jimmy Mr. Kim's English name?

12        A       Yes.

13        Q       Was there any other individual named

14   Jimmy under your employ?

15        A       I can't recall.

16        Q       And it says -- there's a box that says

17   "Hours."  Do you see that?

18        A       Yes.

19        Q       And right under that it says "14

20   days."  Is that correct?

21               MR. ELAN:  Wait.  Where do you see 14

22        days?  Where are you looking?

23               MR. KWAK:  It's the box right under

24        Hours.  It says 14 and there's a word in

25        Korean that means days.

1   Lee - direct

2              MR. ELAN:  Wait.  I see 14 -- what

3        appears to be 14 and a half under the box

4        Hours.  What am I missing here?  What does

5        this say?

6              MR. KWAK:  Well, this portion it says

7        days.

8              MR. ELAN:  Where?  That's in Korean?

9        You're representing to me that that's Korean.

10       Right?

11             MR. KWAK:  Yes.  And I'm asking Mr. Lee

12       if it's accurate that it says 14 days.

13             THE INTERPRETER:  Mr. Lee already gave

14       an answer.  He said -- he indicated, "Yes,

15       that's correct."

16       Q      And, Mr. Lee, on the box to the right

17   of that it says "Rate."  Correct?

18       A      Yes.

19       Q      And right under that it says "110."  Do

20   you see that?

21       A      Yes, I do see that.

22       Q      Does that mean $110 per day?

23       A      I don't know because I didn't create

24   this document or I didn't -- I have a question.  Is

25   it possible for me to ask a question?

1   Lee - direct

2        Q      Ordinarily --

3               MR. ELAN:  No.  You don't ask a

4        question.

5               The witness has answered he doesn't

6        know.

7               MR. KWAK:  If the witness wants to ask

8        a question for clarification --

9               MR. ELAN:  No, it's not the job of the

10       witness to ask a question.  If you want to ask

11       the witness a question, go ahead.

12              MR. KWAK:  If the witness is asking a

13       question for clarification, I'll take the

14       question, clarify the question, clarify my

15       question and ask him again.

16       A      Yes, I didn't understand the question.

17       Q      Yes, Mr. Lee, ask me all the questions

18  you need to clarify my question.

19       A      The reason that I'm confused about the

20  question is that your previous question dealt with

21  his salary while he was working in New Jersey and

22  you asked me if he was ever paid daily wages and

23  then suddenly you showed me a document for Club

24  Clio and asked this question.  That's why I was

25  confused.

1   Lee - direct

2        Q      Okay, let me reask that question.

3               Mr. Lee, was Ga Ho Kim paid a daily

4   wage at any time he was employed by you or one of

5   the corporate entities?

6               MR. ELAN:  You know, objection.  This

7          is asked and answered.  The witness said that

8          he had a yearly salary and that he was paid

9          biweekly.  I mean, where are you going?

10              MR. KWAK:  He said for the most part.

11              MR. ELAN:  So if you want to ask him

12         for what's left of the most part, that's a

13         fair question.

14              MR. KWAK:  Well, that's pretty much

15         what I'm doing.  Just state your objection and

16         move on.

17              MR. ELAN:  All right, I've stated my

18         objection.  You're contradicting the witness.

19         He gave testimony he was paid a yearly salary.

20              MR. KWAK:  For the most part.

21              MR. ELAN:  So if you want to ask him

22         what the rest of the part is, I have no

23         objection.

24              Objection, asked and answered.  If you

25         want to ask a follow-up, go ahead.

1  Lee - direct

2      A      Well, we're talking about if he was

3  ever paid the wages while he was employed and

4  working in New Jersey and I already indicated that

5  he received yearly salary and then the last

6  question you are asking me is that if he had ever

7  been paid a daily wages from any of the four

8  entities that I own, then the answer is no.

9      Q      Okay, I just want to get the record

10  straight.  When Mr. Kim was working in New York,

11  was he ever paid a daily wage?

12      A      Yes.

13      Q      And the paystub that I put up on the

14  screen, does this show the payment made based on

15  the number of days that Mr. Kim worked?

16      A      I believe so.

17      Q      And that's a fixed wage per day.  Is

18  that right?

19              MR. ELAN:  Objection to the form of the

20      question.

21      A      I can't recall because I wasn't the one

22  who made the payment or who gave out the payment.

23      Q      Who was the individual who drafted this

24  document?

25      A      My understanding is that it was Jieun

1    Lee - direct

2    Lee, the supervisor.

3              THE INTERPRETER:   J-i-e-u-n  L-e-e.

4      Q      Mr. Lee, you testified that Miss Jieun

5    Lee was the supervisor at 2 East Broadway,

6    New York, New York.  Is that right?

7      A      No.

8      Q      No.  Let me rephrase that.

9              You testified that Miss Jieun Lee was

10   the supervisor at Jknlee.  Is that correct?

11     A      No.

12     Q      Who was the supervisor at Jknlee?

13             MR. ELAN:  Objection to the form.

14     A      I can't recall because that business

15   was in operation for a very short time, so I

16   believe there was no supervisor.

17     Q      Okay.

18             And let's talk about Miss Jieun Lee.

19   She was the supervisor at 136-86 Roosevelt Avenue.

20   Is that right?

21     A      Yes.

22     Q      Was she a supervisor at any other

23   locations?

24     A      There was a time there was a

25   cooperative like or joint work done with another

1   Lee - direct

2   entity.

3         Q       Mr. Lee, I think I have the screen

4   share still up, yes.

5               Do you recognize the formatting of this

6   paystub?

7               MR. ELAN:  For the record, note my

8         objection.

9         A       Yes, I recognize it.

10        Q       When did you begin using this -- this

11  paystub?

12        A       I can't recall.

13        Q       Was it before 2016?

14        A       I can't recall.

15        Q       Do you recall having any other -- let

16  me rephrase.

17              Do you recall using a paystub that

18  looks different from this one?

19              MR. ELAN:  Objection to the form of the

20        question.

21        A       No, I can't recall.

22        Q       And how was Mr. Kim paid?  Was he paid

23  in cash, check or a direct deposit or any other --

24  or by any other method?

25        A       Well, when he was working in New York,

1   Lee - direct

2   I can't recall what method was used to pay him.

3   However, while he was in New Jersey he was mostly

4   paid by check and some cash.

5        Q        Was it a corporate check?

6        A        Yes, I believe so.

7        Q        And are you able to get a copy of the

8   canceled checks that were paid to Mr. Kim?

9        A        Yes, I'm able to request the bank to

10  provide me with that.

11       Q        Did you provide Mr. Kim with a paystub

12  when you were paying him in New Jersey?

13       A        I can't recall because it was not part

14  of my work.

15       Q        Let me put this up on the screen

16  again.

17                Other than the paystubs that's on the

18  screen right now, do you know if -- actually, let

19  me withdraw.

20                When Mr. Kim received his wages twice a

21  month, do you know if he was provided any document

22  with his wages?

23                MR. ELAN:  Can you be more specific

24        about when you say a document, can you be a

25        little more specific?  He could be given

1   Lee - direct

2          anything, I mean.

3                 MR. KWAK:  Any document.  That's what

4          I'm saying.

5                 MR. ELAN:  Any document?

6                 MR. KWAK:  Yes.

7                 MR. ELAN:  Note my objection for the

8          record.  It's vague.  It's ambiguous.  If the

9          witness could give an answer.

10                I do want to also note that the witness

11         also testified that it wasn't part of his

12         duties in terms of whether you asked about

13         whether a paystub was provided or not, so

14         you're asking him something that was beyond

15         his duties.  But if the witness can give an

16         answer.

17                MR. KWAK:  Mr. Elan, please just note

18         your objection as to form.

19                MR. ELAN:  I'm just noting it.  The

20         witness answered --

21                MR. KWAK:  As to form.  Do not make

22         speaking objections, please.

23         A     Like I said before, it wasn't part of

24    my duties, so I can't recall.

25         Q     Is it that you cannot recall or you

1   Lee - direct

2   don't know?

3        A      I don't know.

4        Q      And who would know?

5        A      I mean, there was an HR person at the

6   time of Ga Ho Kim's employment and that person

7   might know.

8        Q      And is that with regards to your pay

9   practices in New York or New Jersey?

10       A      I'm talking about while he was working

11  in New Jersey.

12       Q      What about in New York?  Who would know

13  if any document was provided to Mr. Kim along with

14  his wages?

15       A      Jieun Lee.

16       Q      Is Miss Lee still employed by Club

17  Clio?

18       A      No.

19       Q      Was she employed by any one of the four

20  corporate entities?

21       A      No.

22       Q      Are you able to find her last-known

23  address and contact information?

24       A      Yes, I believe it's possible and my

25  understanding -- my understanding is that it was

1    Lee - direct

2    already provided.

3          Q       And you said the HR person might know

4    with regards to your New Jersey pay practices.  Who

5    is that HR person?  What's his name?

6          A       Heyshin Hwang.  I believe it's spelled

7    H-y-e-s-h-i-e-n H-w-a-n-g.

8          Q       Is it Mr. Hwang or Mrs. Hwang?

9          A       It's Miss.

10         Q       Is Miss Hwang still employed by any one

11   of the four entities?

12         A       No.

13         Q       And are you able to find her contact

14   information?

15         A       That was also provided, too.

16         Q       Are you aware that in New York that you

17   are required to provide a paystub to the employee

18   along with his wages?

19              MR. ELAN:  Objection.  You're asking

20         the client to give a legal answer to a legal

21         question and that question is improper.

22              MR. KWAK:  I'm asking about his

23         knowledge.  Is he aware.

24              MR. ELAN:  You're asking --

25              MR. KWAK:  Put the objection as to

```
 1   Lee - direct

 2        form.

 3             MR. ELAN:  Over my objection the client

 4        can give an answer if he knows what the law

 5        is.

 6             MR. KWAK:  Mr. Elan, please refrain

 7        from doing speaking objections, please.

 8        A     Well, I wasn't really aware of that.  I

 9   just found out.

10        Q     When did you find out?

11        A     I can't recall when exactly that was.

12        Q     Was it after this lawsuit was filed?

13        A     No, prior to that.

14        Q     How long prior?

15        A     Well, I can't recall now.  When you are

16   talking about filing a lawsuit, you're talking

17   about the point in time when I first received a

18   letter or a document from the court.  Right?

19        Q     That's correct.

20        A     Yes, right before.  Shortly before the

21   case was filed.

22        Q     Was it after you received a letter from

23   our office, plaintiff's counsel?

24        A     Yes, that's correct.  However, it's

25   limited to the Club Clio which is a retail store.
```

1    Lee - direct

2    Because I knew that DKCosmetics was a corporation,

3    so I knew about the fact, but I found out about the

4    Club Clio after I received the letter from the

5    plaintiff.

6         Q      Mr. Lee, what is Mr. Ga Ho Kim's

7    primary language?

8         A      He and I communicated in Korean.

9         Q      And, Mr. Lee, are you aware that an

10   employer or you as an employer are required to

11   maintain your employees' files for six years?

12              MR. ELAN:  Objection to the form of the

13              question.  You're asking again the client's

14              knowledge of the law.  If the client can give

15              an answer.

16              THE REPORTER:  Excuse me, Fran, one

17              minute.

18              Mr. Elan, you're saying if the client

19              can give an answer.  Right?

20              MR. ELAN:  If the client understands

21              what the law is.  Otherwise, he doesn't.

22        A      I mean, if you're asking me if I have

23   the understanding of it -- a legal understanding,

24   then, no, I don't.

25        Q      Without regard to the legal

1   Lee - direct

2   requirements, were you aware that you should be

3   maintaining those records?

4            MR. ELAN:  Objection.  Same objection.

5            Witness can answer if he can.

6   A       Aren't those two the same question?

7   Q       Yes.  But I don't want you to worry

8   about what the law actually says.  I just want you

9   to answer to the extent that you're aware.

10           MR. ELAN:  Same objection.  The witness

11       can give an answer if he can.

12   A       Yes, that's why there's a legal part or

13   department in our company.

14   Q       When you say legal part, do you mean

15   there is an employee hired to ensure compliance

16   with the laws?

17   A       What I'm saying is that with regard to

18   the understanding of any legal document that the

19   company receives based on needs, we consult with

20   either an attorney or an accountant or an employee

21   who is in charge of that.

22   Q       Who is that employee in the legal part?

23   A       They varied.

24   Q       As far as you can remember, can you

25   name all of them or let me ask this first.  How

1   Lee - direct

2   many of such employees were there?

3            MR. ELAN:  What period of time are you

4        talking about?

5            MR. KWAK:  Over the course of the four

6        corporate entities' existence.

7   A       Well, I can't recall because it was

8   only recently that I started to refer to that

9   person or give that person a title.  Prior to that

10  I used to directly speak with attorneys or

11  accountants in order to address those legal issues.

12  Q       And when did you establish this legal

13  part?  You said it's recently but how long ago was

14  it?

15           MR. ELAN:  Object to the form of the

16       question.  I think it mischaracterizes the

17       witness's testimony, but the witness can

18       answer.

19  A       I can't recall when that was.

20  Q       Was it more than a year ago?

21  A       Yes.

22  Q       Was it more than two years ago?

23  A       Well, I can't recall.

24  Q       Was it after this lawsuit was filed?

25  A       No.

1    Lee - direct

2         Q       How long before this lawsuit was filed,

3    do you remember?

4         A       I can't recall.

5         Q       You said it was established before this

6    lawsuit.  Right?

7         A       Yes, that's correct.

8         Q       Okay.

9                 Who was the last person in charge of

10   this legal part?

11                MR. ELAN:  Objection to the form.  The

12           witness can answer if he can.

13        A       It was Sue Lee, spelled S-u-e L-e-e.

14   That's not her legal name.

15        Q       What is her legal name?

16        A       It's Bong Soo Lee, spelled B-o-n-g

17   S-o-o L-e-e.

18        Q       And who was the person in charge of the

19   legal part before Bong Soo Lee?

20                MR. ELAN:  Objection.  Asked and

21           answered.  The witness said he can't recall.

22        A       I can't recall.

23        Q       And I'm going to ask questions and --

24   let me withdraw that.

25                What did you do before this legal part

1    Lee - direct

2    was established to ensure that the four corporate

3    entities are in compliance with the labor laws?

4         A      Well, the C.P.A. sent a poster which

5    says what the per hour pay rate should be and my

6    C.P.A. had been sending it regularly once a month.

7         Q      And is that C.P.A. Mr. James Nam?

8         A      Yes.

9         Q      Mr. Lee, is Mr. Nam an attorney?

10        A      I don't know.

11        Q      He's a C.P.A.  Is that right?

12        A      Yes, he's our C.P.A.  He's the one who

13   takes care of our accounting.

14        Q      And you asked Mr. Nam for legal

15   advice.  Is that right?

16               MR. ELAN:  Objection to the form of the

17        question.  Mischaracterizes the witness's

18        testimony.

19        A      No, I'm not sure if I understood that

20   question correctly.  However, I do not discuss or

21   seek any -- I do not discuss any legal issues or

22   seek any legal advices from him.  He reminds us of

23   what legal hourly rates are.

24        Q      Mr. Nam told you about the minimum

25   wage, the applicable minimum wage at a given time.

1    Lee - direct

2    Is that right?

3              MR. ELAN:  Object.  Wait, wait, wait.

4              Mr. Lee, I'm going to object.  I never

5         heard the witness testify about anything about

6         any discussions with the C.P.A. about minimum

7         wage.  He said what he talked about --

8              THE REPORTER:  I'm sorry, I lost you.

9              MR. ELAN:  I'm saying I object to the

10        form of the question because I do not recall

11        the witness ever testifying about a discussion

12        with the C.P.A. about minimum wage.

13             MR. KWAK:  That's why I'm asking him

14        right now.

15             MR. ELAN:  You said -- yes, but your

16        question, if you want to read it back, said --

17        referred to about discussions concerning the

18        minimum wage.  The witness never testified

19        about that.  So if you want to rephrase and

20        ask him what he spoke to the C.P.A. about,

21        fine.

22             MR. KWAK:  Angela, can you read back

23        the last question that I asked?

24             (The question it read by the reporter

25        as follows:

1   Lee - direct

2          "Question:  Mr. Nam told you about the

3   minimum wage, the applicable minimum wage at a

4   given time.  Is that right?")

5          MR. ELAN:  And that's what I objected

6   to.

7          MR. KWAK:  I'm asking him.  I mean --

8          MR. ELAN:  If you want to ask him the

9   minimum wage, that's fine.

10          Lay a proper foundation to answer your

11   question.

12          Wait a second.  Wait a second.  I'm

13   trying to not interject unless where

14   necessary.  You're asking a question that was

15   not asked previously.

16          MR. KWAK:  I'm not asking him about his

17   previous testimony.  I'm just asking him --

18          MR. ELAN:  Sure you are.

19          MR. KWAK:  -- did Mr. Nam tell you the

20   applicable minimum wages.  That's my

21   question.

22          MR. ELAN:  That's different than what

23   you asked before.  So if you want to ask that,

24   that's fine.

25          Q      Mr. Lee, did Mr. Nam tell you the

1   Lee - direct

2   applicable minimum wages at a given time?

3        A      Yes.  Like I said before, he would send

4   us posters and other materials.

5        Q      Aside from giving you the posters and

6   telling you the minimum wages, what else does he

7   tell you or what else did he tell you regarding

8   New York labor law?

9              MR. ELAN:  Objection to the form of the

10        question.  It's overly broad and ambiguous.

11        If the witness can give an answer.

12       A      Yes, he talked about what was on the

13   poster, the information that was on the poster.

14       Q      Do you have the copies of the posters

15   that Mr. Nam provided you?

16             MR. ELAN:  Wasn't that provided to you?

17        Just a second, Mr. Lee.

18             Wasn't that provided to you yesterday,

19        if I recall?  Didn't we provide that to you,

20        counsel?

21             MR. KWAK:  Maybe.

22             MR. ELAN:  I think we did.

23             MR. KWAK:  This is just a question to

24        the witness.

25             MR. ELAN:  So go ahead.  If you want to

1  Lee - direct

2       just have the reporter read it back.

3            MR. KWAK:  Angela, can you read my last

4       question?

5            (The question is read by the reporter

6       as follows:

7            "Question:  Do you have the copies of

8       the posters that Mr. Nam provided you?")

9       A      Yes, I sent them to my attorney

10  yesterday via email.

11            MR. KWAK:  I'll mark this as, I believe

12       this is Exhibit D.

13            (Posters from C.P.A. are marked Exhibit

14       D for Identification.)

15       Q      Mr. Lee, can you see the pdf file that

16  I've opened for you?

17       A      Yes.

18       Q      It's a two-page document and this is

19  everything I got from defense counsel yesterday,

20  the posters that we're referring to.  It's this

21  page and the next page, the second page.

22            Are these two all the posters that you

23  have on -- at your business premises?

24            MR. ELAN:  Are you asking now,

25       presently?

1    Lee - direct

2            MR. KWAK:  Presently.

3        A      No, I have more.

4        Q      Is this everything that you have that

5    Mr. Nam provided to you?

6        A      No.  Like I said before, I have more.

7        Q      Okay.  I'm going to ask for a

8    production of everything else and I'll make that in

9    writing.

10       A      Okay.

11       Q      Did you seek legal advice from anyone

12   other than Mr. Nam?

13              Or, I'm sorry, I'm sorry.  Withdraw

14   that question.

15              MR. ELAM:  You want to say that again?

16       Q      Did you seek legal advice regarding

17   New York labor law from anyone?

18              MR. ELAN:  Can I just get a

19              clarification about what time period you're

20              talking about?

21              MR. KWAK:  Ever, during the existing

22              corporation of the first of the four corporate

23              entities.

24              MR. ELAM:  Legal advice about what?

25              MR. KWAK:  About New York labor law.

1    Lee - direct

2        A      Yes.

3        Q      From who?

4        A      Currently it's with Mr. Elan and in the

5    past there was an attorney called Joo Hyun Song.

6               THE INTERPRETER:  I'm just going to

7           give you phonetic spelling.  J-o-o H-y-u-n

8           S-o-n-g.

9               MR. KWAK:  You want to take a quick

10          five-minute break?

11              MR. ELAN:  I was just going to say, I

12          don't know how much more you have.  It's

13          12:35.  Do you want to give me some idea?

14              (There is a discussion off the record.)

15              (There is a recess.)

16       Q      All right.  Mr. Lee, just a little bit

17   of background again, do you understand that you're

18   here testifying today as an individual on behalf of

19   yourself?

20       A      Yes.

21       Q      So all the answers you provide today

22   are binding on you as an individual.  You

23   understand that?

24       A      I don't understand that statement.

25       Q      All right.

1   Lee - direct

2               So that means everything you say today

3   will be binding on you, meaning you will be held to

4   your words that you say today.

5               MR. ELAN:  May I just add, subject to

6        receipt of a transcript of the deposition that

7        the witness has a chance to review and correct

8        anything, especially with a translator, as you

9        recall from the deposition of your client

10       where you objected to some things that the

11       translator said, so I do want that understood

12       by the client that he's going to get a

13       transcript, you should explain, that he has a

14       right to review the transcript and make any

15       corrections that he wants to his testimony

16       that he thinks were not correctly stated.

17       A     Okay.

18       Q     You understand what Mr. Elan just

19   explained?

20       A     Yes.

21       Q     Okay.

22             Mr. Lee, you're here also as a

23   representative of each of the four corporate

24   defendants.  Do you understand that?

25       A     Yes.

1    Lee - direct

2        Q      And that also means that your testimony

3    today subject to what Mr. Elan just explained will

4    be binding on the corporations, as well.  Do you

5    understand that?

6        A      Yes.

7        Q      And you are under oath today, so if you

8    make a false statement, that is perjury.  Do you

9    understand that?

10            MR. ELAN:  Just with one clarification

11        because, you know, a statement could be made,

12        it could be incorrect.  I mean, let's just be

13        careful, okay, because it would be if it's

14        intentionally made, that's perjury.  If it's

15        just a statement that's incorrect, I want the

16        client to understand he's not guilty of a

17        crime, so please.

18            MR. KWAK:  If it's willfully false.

19        A      Yes, I do.

20        Q      We just came back from a break that was

21    a little bit longer than an hour.  Mr. Lee, did you

22    speak with your counsel during the break?

23            MR. ELAN:  Mr. Lee, without disclosing

24        anything about any conversation or anything,

25        regardless, you may answer that question with

1    Lee - direct

2         a yes or a no.

3         A      Yes.

4         Q      Okay.

5                All right, we left off our previous

6    session with you explaining to me that you spoke

7    with an attorney named Joo Hyun Song.  Do you

8    recall that?

9         A      Yes.

10        Q      Is it a Mr. or Mrs.?

11        A      It's a female.

12        Q      Is she an attorney in New Jersey or in

13   New York?

14        A      I have no idea.

15        Q      Where was her office located?

16        A      In Manhattan.

17        Q      Okay.

18               And did you seek legal advice

19   concerning New York labor law from her?

20        A      Yes.

21        Q      And when was that?

22        A      I can't recall the exact date but it

23   was around the time when some of my employees

24   needed to find sponsors for their permanent

25   resident status.

Lee - direct

2      Q      Was she an immigration attorney?

3      A      I'm not sure if she specializes in

4      immigration.  However, she does handle immigration

5      cases.

6      Q      Okay.

7             All right.  Mr. Lee, let me show you

8      this document.  You see the document that I just

9      put up on the screen?

10      A      Yes.

11      Q      Now, have you ever seen this document?

12      A      No.

13      Q      And the document that I've put up

14      there, they're eight pages.  All of them have a

15      similar format and a little bit difference in the

16      contents.  I can represent that to you.

17             You haven't seen any of these forms.

18      Correct?

19      A      I only saw the first page.

20      Q      Okay.  I'm showing you the first page

21      now.

22             MR. ELAN:  Are you marking this as an

23         exhibit?

24             MR. KWAK:  Oh, yes, yes, I'm sorry.

25         Let's mark this as --

1   Lee - direct

2             MR. ELAN:  Let's mark it first.  All

3        right?

4             MR. KWAK:  Yes.  Mark this as Exhibit E

5        for Identification.  It's LS forms.

6             (LS forms are marked Exhibit E for

7        Identification.)

8        Q      Mr. Lee, you can see the first page.

9   Do you recognize this document?

10       A      No.

11       Q      I'm showing you the second page.  Do

12  you recognize this document?

13       A      No.

14       Q      I'm showing you the third page.  What

15  about this one?

16       A      No.

17       Q      Showing you the fourth page.  What

18  about this one?

19       A      No.

20       Q      Showing you the fifth page.  What about

21  this one?

22       A      No.

23       Q      Showing you the sixth page.  What about

24  this one?

25       A      No.

1  Lee - direct

2      Q      Showing you the seventh page.  What

3  about this one?

4      A      No.

5      Q      And, lastly, showing you the eighth

6  page.  What about this one?

7      A      No.

8      Q      Okay.

9             And you did not provide these documents

10  to your employees ever.  Is that correct?

11             MR. ELAN:  Objection.  He said he did

12        not see the document.  That's not what he

13        said, counselor.

14             MR. KWAK:  That's why I'm asking.

15             MR. ELAN:  Well, your question

16        presupposes -- excuse me -- that he said --

17             MR. KWAK:  No, no, no, I'm just asking

18        him.

19             MR. ELAN:  Ask it correctly.  Ask the

20        question correctly.

21             MR. KWAK:  Mr. Elan, you presuppose

22        that I'm presupposing a lot of things.  Just

23        put your objection on the record.

24             MR. ELAN:  I'm putting it on the

25        record.  I'm directing him not to answer the

1  Lee - direct

2       question until you ask it correctly.

3       Q      Mr. Lee, did you ever provide this

4  document to your employees?

5       A      You asked me if I ever saw this

6  document and I said I have never seen it and I have

7  never gave or provided this document to anyone or

8  my employees before.

9       Q      Thank you.

10             (The witness and the interpreter speak

11             in Korean.)

12             THE INTERPRETER:  The interpreter would

13             like to correct his last answer.  The last

14             answer should have been, "Because this was not

15             part of my duties, I've never seen this

16             document before."

17       Q      And, Mr. Lee, did you ever provide this

18  -- did you, you personally, as far as you, you

19  personally provide these documents to any of your

20  employees ever?

21       A      I can't recall.

22       Q      Do you not recall or did you not?

23       A      I can't recall.

24       Q      So you do not recall providing this

25  document to your employees.  Correct?

1  Lee - direct

2      A       Correct.

3      Q       To your knowledge did any of your

4  corporate entities provide these documents to any

5  of their employees?

6      A       I can't recall.

7      Q       Do you not recall or do you not know?

8      A       I can't recall.

9      Q       And if these were provided, who would

10 know?

11     A       Probably the current employee who's in

12 charge of the HR department.

13     Q       And is that Miss Hwang?

14     A       No, Mr. Hwang no longer works for us

15 so, no, he's not.

16     Q       Who is the current HR personnel at your

17 businesses?

18     A       Sujin Ji.  S-u-j-i-n J-i.

19     Q       And when was she employed by -- I'm

20 sorry.  Which corporate entity is she working for

21 right now?

22     A       DKCos Corp.

23     Q       Does she work for Club Clio?

24     A       No.

25     Q       Let me ask it again.  Does she work for

1    Lee - direct

2    Club Clio Corp.?

3         A        No.

4         Q        Does she work for Club Clio NYC Corp.?

5         A        No.

6         Q        Do the two Club Clio entities have an

7    HR person?

8         A        No, two showrooms are closed at this

9    point, so no.

10        Q        Was there ever an HR person or an HR

11   department for either of the two Club Clio

12   entities?

13        A        Either a supervisor or an assistant

14   manager was in charge of the HR.

15        Q        And would they have been -- would the

16   supervisors or the managers have been in charge of

17   providing employment-related documents to the

18   employees of Club Clio entities?

19        A        I don't know because they were the ones

20   who did the hiring and who worked with the

21   employees.

22        Q        All right.  Did you -- I'm sorry.

23                 In New York, for your employees,

24   including Mr. Kim, did you provide a notice

25   indicating their pay rates and pay day and pay

1   Lee - direct

2   frequency?

3           MR. ELAN:  Are you referring to Exhibit

4       E or something else?

5           MR. KWAK:  No, just any document that

6       has those information.

7       A       Are you asking me if -- are you asking

8   if I have ever provided that information or are you

9   asking me if I had received that information from

10  the supervisors?

11      Q       I'm asking you if the plaintiff,

12  Mr. Kim, or any of your employees ever received

13  such a document from you or any of the corporate

14  entities.

15          MR. ELAN:  Other than the agreement

16      that Mr. Kim signed or something?  I thought

17      there was testimony about an agreement.

18          MR. KWAK:  Mr. Elan, can you let the

19      witness respond?

20          MR. ELAN:  I'm just asking.  I mean, I

21      just --

22          MR. KWAK:  Please let the witness

23      respond.

24      A       Yes.

25      Q       Was it a single-page document or was it

1  Lee - direct

2  a part of a different document?

3       A       I don't know.

4       Q       So is it your testimony that you know

5  that it's been provided but you don't know what

6  kind of document it was?

7       A       What I saw was the paystubs that you

8  posted on Zoom.  That's why I said yes.

9       Q       Mr. Lee, I have exhibit C up on the

10 screen for you.  Is this the document that you're

11 referring to that you saw?

12      A       Yes.

13      Q       Are you saying this contains the

14 information on the pay rates and the pay frequency

15 and the pay dates?

16      A       I can't say that with certainty.

17      Q       Was Mr. Ga Ho Kim and your employees

18 provided with a document at the time of the hire

19 that set forth those information?

20      A       Yes.  First we send out a job offer and

21 we provide a handbook and they have to be

22 sufficiently acquainted with the content of the

23 handbook before they sign.

24      Q       Do the handbooks or does the handbook

25 set forth the rates or the salary that your

1  Lee - direct

2  employee would be paid?

3       A       No, those would be included in a job

4  letter, job offer letter.

5       Q       And was there a job offer letter for

6  Mr. Ga Ho Kim?

7       A       I don't know if he had received it.  I

8  don't know if he had received it while he was

9  working either at Club Clio or DKCosmetics.

10      Q       Who hired Mr. Kim when he started

11 working for Club Clio?

12      A       I don't know who that was.

13      Q       Was -- was Miss Jieun Lee the

14 supervisor at the time Mr. Kim started working at

15 Club Clio?

16      A       I don't remember that either.

17      Q       What were the work hours for your

18 employees at Club Clio?

19      A       I don't have clear knowledge.

20      Q       So really you don't know a lot of

21 things after lunch break.

22              MR. ELAN:  No, I don't like the

23         implication of that, counselor.

24              MR. KWAK:  It's not an implication.

25         I'm saying this right out.

Lee - direct

```
 1   Lee - direct
 2            MR. ELAN:  I don't like the
 3       implication.  Also, your questions are --
 4            MR. KWAK:  I'm not implying it.
 5            MR. ELAN:  You certainly are implying.
 6       If you want to break down the question --
 7            MR. KWAK:  I'm saying after he came
 8       back from lunch break, suddenly he doesn't
 9       know a lot of stuff.
10            MR. ELAN:  You know, I've made my
11       point.  I just want to say, I'd like you to
12       perhaps qualify the question between
13       management and hourly employees, perhaps.
14       Maybe that will refresh the client's
15       recollection, I don't know, but if you want to
16       do that, because you've lumped all the
17       employees together.  Just a suggestion for
18       you.
19       Q    Mr. Lee, what were the business hours
20   for Club Clio's entities retail locations?
21       A    I mean, the truth is I really don't
22   know because you told me that I have to tell only
23   the truth and I was not -- I didn't personally
24   manage those locations, so I don't know.
25       Q    You don't know the business hours for
```

1  Lee - direct

2  your own business?

3       A      Yes, because the opening hours,

4  business hours, were different from the retail

5  store to retail store.

6       Q      How many retail stores did you have?

7       A      About two or three but I don't have any

8  of those now.

9       Q      And in addition to that you had a

10  warehouse in New Jersey.  Right?

11       A      Yes, if you're talking about the 734

12  Grand Avenue location, yes.

13       Q      All right.  Do you know how many hours

14  Mr. Kim was supposed to work or scheduled to work

15  in New York?

16       A      No.

17       Q      Okay.

18              In New York was -- were your employees

19  required to clock in and clock out?

20       A      Yes.

21       Q      And how was that done?

22              Let me rephrase that.

23              What kind of system did you use to have

24  your employees clock in and clock out?

25       A      Well, for the retail stores in New York

1    Lee - direct

2    it had -- it used a POS program which functions as

3    a clock-in and clock-out system.  And for

4    DKCosmetics and DKCos Corp. we had a facial

5    recognition system.

6        Q     I think I asked this about New York

7    locations.  Does DKCosmetics or DKCos Corp. have an

8    office in New York?

9              Oh, I'm sorry, I did ask that.  I'll

10   withdraw that.

11             The records -- the clock-in and clock-

12   out records generated through the POS system, do

13   you have that record in your possession?

14       A     Yes.

15       Q     Does it show Mr. Kim's clock-in and

16   clock-out records?

17       A     Yes.

18       Q     Did you produce it in this lawsuit?

19       A     Yes, if Mr. Ga Ho Kim worked at a

20   location where it was utilizing the POS system,

21   then all the information was already provided to my

22   attorney.

23             MR. ELAN:  Sean, before you ask another

24       question, I'm feeling certain that we provided

25       you that information.  Are you telling me you

1    Lee - direct

2        didn't get it?

3            MR. KWAK:  I'll see.

4        Q     Mr. Lee, you said if Mr. Ga Ho Kim

5    worked at a location with a POS system, the records

6    would be there.  Was there any location without the

7    POS system?

8        A     No.

9        Q     So wherever -- regardless, wherever

10   Mr. Kim worked, his hours should have been recorded

11   on the POS system.  Correct?

12       A     No.  No, what I was saying is that for

13   either the Club Clio USA or Club Clio NYC we had --

14   we were using a POS system with a cloud computing

15   base, so for either of those retail stores there

16   would be a record.  However, for offices we were

17   using facial recognition system and also ERS.

18            THE WITNESS:  ERP.

19            THE INTERPRETER:  ERP?

20            THE WITNESS:  Yes.

21            THE INTERPRETER:  ERP.

22       Q     So there were different systems you

23   used to record your employees' hours, but

24   regardless of where Mr. Kim worked, his hours

25   should have been recorded.  Correct?

Lee - direct

2      A      Yes, that's what I believe.

3      Q      And you said you produced everything

4  you had regarding Mr. Kim to your attorneys.  Is

5  that right?

6      A      That's correct.

7      Q      I'm sharing with you an Excel file that

8  I received from your attorney.  I'll mark this as

9  exhibit, I believe this is F for Identification.

10             (Ga Ho Kim records are marked Exhibit F

11         for Identification.)

12      Q      Mr. Lee, can you see the Excel

13  spreadsheet that I've put on the screen?

14      A      Yes.

15      Q      Is this the POS records that you were

16  referring to?  And let me scroll down for you so

17  you can look at at least some portions of this

18  spreadsheet.

19             That's the end of it.

20             So you can provide your answer.

21             MR. ELAN:  What is the question,

22         please?

23             MR. KWAK:  Angela, can you read back

24         the question again?

25             (The question is read by the reporter

1   Lee - direct

2        as follows:

3             "Question:  Is this the POS records

4        that you were referring to?  And let me scroll

5        down for you so you can look at at least some

6        portions of this spreadsheet.

7             That's the end of it.

8             So you can provide your answer.")

9             MR. ELAN:  Well, you don't have -- you

10       can't put the whole document on the screen at

11       one shot, I understand that.  But with that

12       qualification, if the witness recognizes the

13       document.

14       A      If you're asking me this is the POS

15   system, then my answer is no.

16       Q      I'm asking is this the record that were

17   recorded through the POS system?

18       A      Yes, if this is the document that was

19   provided from us, then it was probably provided

20   through our POS system support agency, so that's

21   probably correct.

22       Q      Do you recognize this document at all?

23       A      Yes.

24       Q      And what is your understanding of how

25   this spreadsheet was created?

1   Lee - direct

2          MR. ELAN:  Note my objection.  If the

3       witness has an understanding, that's one

4       thing.  The question presupposes he does.  If

5       the witness knows, he can answer the

6       question.

7       A      It looks to me as if our employee

8   accessed the POS system and downloaded the

9   information and then he recorded the information.

10      Q      You just said something about getting

11  this information from the POS company.  What did

12  you mean by that?

13      A      Well, I'm not -- I don't have a clear

14  knowledge about how it works.  However, POS is a

15  cloud-based system or a program, so once -- once, I

16  guess, a time limit passes, the agency or the

17  supporting -- system support have to give you an

18  access in order for you to retrieve information.

19      Q      All right.  And this record has in

20  times pretty much every day at 10 a.m.  Do you see

21  that?

22      A      Yes.

23      Q      Do you believe that's an accurate

24  record of when Mr. Kim started work on each of his

25  work day?

1    Lee - direct

2         A      Yes, it seems that way.

3         Q      And the out times, as well, on most

4    days it's exactly 20 hours on the dot.  Do you

5    believe that's an accurate record of when Mr. Kim

6    clocked out on pretty much every day?

7         A      Yes.

8         Q      And you said an employee of yours had

9    basically created this spreadsheet from information

10   downloaded from the POS software or the server.

11   Who is that employee?

12        A      I believe it was the supervisor.

13        Q      Would that be Miss Jieun Lee?

14        A      Yes, I believe so.

15        Q      Is it the normal course of business for

16   your supervisors to create a spreadsheet that looks

17   like this?

18             MR. ELAN:  Objection to the term normal

19             course of business.  I don't know what that

20             means.

21             The witness can give an answer.

22        A      I didn't clearly understand the

23   question.

24        Q      Do the supervisors at your companies,

25   do they generate this type of spreadsheet on a

1    Lee - direct

2    regular basis from time to time?

3              MR. ELAN:  Objection to the term

4         generate.  I don't know what that means

5         either.

6              MR. KWAK:  You don't know what generate

7         means?

8              MR. ELAN:  The witness can give an

9         answer.

10             MR. KWAK:  All right.  But please

11        refrain from your speaking objections.

12             MR. ELAN:  Listen, I have a right to

13        object.  If you want, we'll take your

14        deposition later.  Okay?  Right now let's get

15        through my client's.  Okay?

16             MR. KWAK:  You can object as to form

17        but --

18             MR. ELAN:  I did.  I did.

19             MR. KWAK:  -- no speaking objections.

20             MR. ELAN:  Let's stop the colloquy and

21        let the witness answer.  I put my objection on

22        the record.  Let the witness answer, if he

23        can.

24        Q      Mr. Lee, please answer.

25        A      I do not know.

1    Lee - direct

2         Q       Do you know when this spreadsheet was

3    created, the one that you provided to your

4    attorneys?

5         A       I can't recall.

6         Q       Was it after this lawsuit was filed?

7         A       I can't recall that either.

8         Q       So you don't know who created -- who

9    made this spreadsheet.  You don't know when it was

10   made.  Is that right?

11        A       Can you ask me that question again,

12   please, more clearly?

13        Q       Do you know who created this

14   spreadsheet?

15        A       And I answered that question I believe

16   it was the supervisor.

17        Q       And what's the name of that supervisor?

18        A       Jieun Lee.

19        Q       And when did she make this spreadsheet?

20               MR. ELAN:  Objection.  Asked and

21        answered.  But the witness can answer again.

22        If he can give an answer, go ahead.

23        A       I can't recall the exact date.

24        Q       And you don't know if it was before or

25   after the filing of this lawsuit.  Correct?

1    Lee - direct

2          A       That's correct, no.

3          Q       When you get these records, the hours,

4    from the POS software or the cloud system, does the

5    system result in information for specific employees

6    or does it give information for all the employees

7    or do you have an option to do either one?

8          A       I don't know.

9          Q       All right.  And, Mr. Lee, you said

10   after a specific time period you need the POS

11   support company to provide this information for

12   you.  Is that right?

13         A       Yes, that's correct.

14         Q       Do you know what the length of that

15   period is?

16         A       I don't know what that period is.

17         Q       Do you know approximately how long that

18   period is?

19         A       Yes, I believe it's years.

20         Q       Approximately how many years?

21         A       I don't know how many years.

22         Q       Didn't you just say you know

23   approximately in terms of number of years?

24         A       Yes.

25         Q       So how many years approximately?

1   Lee - direct

2            MR. ELAN:  Mr. Lee, do not guess, sir.

3        If you can give an approximation, fine.  If

4        you do not know, do not guess how many years.

5        A       That's why I said I don't know.

6        Q       Okay.  One second.

7                I'm sharing with you document of --

8   I'll mark this as Exhibit G for Identification.

9                (2016 records are marked Exhibit G for

10       Identification.)

11       Q       Mr. Lee, do you recognize this

12   document?

13       A       Yes.

14       Q       It's basically what you just saw on

15   Exhibit F but for, it looks like, each of your

16   employees.  Right?

17       A       Yes, it looks that way.

18       Q       All right.  And I see a lot of tabs on

19   this spreadsheet.  It has 1-3.

20               Do you recognize this spreadsheet?

21               MR. ELAN:  Where are you looking?

22               Wait, wait, wait.  Where are you

23       looking 1-3 so I know?

24               MR. KWAK:  Oh, it's the tab.

25               MR. ELAN:  Where?

1  Lee - direct

2          MR. KWAK:  Right here.  Right here.

3      Left bottom corner.

4          MR. ELAN:  I see 1-3.  Are you telling

5      me what this is?  Is this your testimony?

6      What is this?  What are you trying to tell us?

7          MR. KWAK:  I don't know.  It's a

8      document you provided.

9          MR. ELAN:  I'm asking you, though.  You

10     know, you're asking about it.  I'd like you to

11     tell me what it is.

12         MR. KWAK:  It's a document you

13     provided.  I'm asking Mr. Lee if he recognizes

14     it.

15         MR. ELAN:  Fine.  You want to ask him

16     that, that's fine.

17     Q     Mr. Lee, do you recognize this

18  document?

19     A     Yes.

20     Q     Is it accurate to say that this is the

21  record of your employees' work hours from January

22  1st -- and I'll scroll down to the end of the

23  document -- through April 15th?

24         MR. ELAN:  Just to add to that, 2016?

25     I mean, you might as well say the year, right,

1    Lee - direct

2           so we know?

3                  MR. KWAK:  Yes, 2016.

4        A       Yes, it looks that way.

5        Q       And do you know when this spreadsheet

6    was created?

7        A       No, I can't recall.

8        Q       Do you know who created this

9    spreadsheet?

10       A       Probably the supervisor.

11       Q       And that's Miss Jieun Lee.  Right?

12       A       Yes, I think so.

13       Q       Okay.

14               And I see names at the very top row of

15   this spreadsheet.  I see Chloe, Youliya, Aeri,

16   Emily, Cynthia and a lot more of them.  Do you

17   recognize these employees' names?

18       A       Not all of them.  Some of them I do.

19       Q       As far as you know, were all of these

20   employees employed by Club Clio Corp.?

21       A       I can't say.  I can't answer that with

22   any certainty.

23       Q       Why is that?

24       A       Because Korean and Chinese employees

25   use a different name, so that's why it's difficult

1  Lee - direct

2  for me to say with any certainty.

3       Q     Okay.

4             Do you have a record similar to this

5  where it shows all your employees' work hours for

6  Club Clio NYC Corp.?

7       A     Yes.

8       Q     Is this that document?

9       A     No, I can't say with certainty.

10      Q     Do you believe there's a separate

11 document aside from this document that shows the

12 work hours for employees of Club Clio NYC Corp.?

13            MR. ELAN:  I object to that.  That's

14       not what the witness testified.

15            MR. KWAK:  Well, that's why I'm asking

16       if he believes there's a separate document or

17       not.

18            MR. ELAN:  He said he's not certain,

19       so.

20            Go ahead.  If you can get an answer.

21       Go ahead.

22      A     I'm not sure.

23      Q     Okay.

24            Just moving on to the next tab.  It

25 says 4 to 6.  It starts the record date on the left

1  Lee - direct

2  top corner starts from April 1st, I'm sure that's

3  2016, and it ends at, I think it should end at here

4  June 15th, 2016.  Do you see that?

5        A       Yes.

6        Q       Would you agree that this is the record

7  of work hours for your employees at Club Clio from

8  April 1st, 2016 through June 15, 2016?

9        A       Yes, it looks that way.

10       Q       Is there any reason for you to doubt

11  the accuracy or the authenticity of the

12  spreadsheet?

13       A       I don't understand the point of your

14  question.

15       Q       Okay.

16               Is there any reason for you to believe

17  that the information contained on this spreadsheet

18  is inaccurate?

19       A       Well, I still don't understand the

20  question clearly.  However, if you are asking me to

21  point out any irregularities or wrong information

22  on this spreadsheet, I don't have -- I haven't been

23  given enough time to look over it carefully.

24  However, if this was the spreadsheet based --

25  provided by us, then our information was based on

```
 1   Lee - direct
 2   our records, so it's probably correct.
 3        Q     Okay.
 4              And that applies to all these other
 5   tabs, right, the 1-3, 4-6, 616 squiggly 831, 9-12,
 6   and there's a tab for payment method, and there's
 7   also June, July, August, September, October,
 8   November and December tabs.  Do you see that,
 9   Mr. Lee?
10        A     Yes.
11        Q     Okay.
12              But you don't know when these
13   spreadsheets were created.  Correct?
14              MR. ELAN:  Objection.  Asked and
15         answered three times.  If the witness wants to
16         answer it for the fourth time, go ahead.
17        A     That's correct.
18              MR. KWAK:  Mr. Elan, there were twelve
19         tabs there and I was referring to the
20         spreadsheet --
21              MR. ELAN:  That's not what your
22         question was, counselor.
23              MR. KWAK:  What?
24              MR. ELAN:  It wasn't what your question
25         was.  Go on.
```

1   Lee - direct

2                MR. KWAK:  All right.

3        Q       Mr. Lee, was it possible for your

4    employees to clock in or clock out remotely,

5    meaning when they're not at the store, office or

6    the warehouse?

7        A       I don't know.  I'm not sure about that.

8        Q       When were you first using the POS

9    system for clocking in and out for your employees?

10       A       The POS system was used since the

11   inception of our retail stores and until the close

12   -- until we closed the stores permanently.

13       Q       And when did you first open -- I'm

14   sorry.  Let me withdraw that.

15               In what year did you first open your

16   first retail store?

17       A       I can't recall the year.

18       Q       Did you incorporate Club Clio NYC or

19   Club Clio Corp. at the time or around the time you

20   first opened your retail store?

21       A       What was the question again?

22       Q       Did you incorporate the legal entities

23   Club Clio NYC Corp. and Club Clio Corp. around the

24   time you opened the retail stores for the

25   respective entities?

1    Lee - direct

2        A       I'm not clearly understanding the

3    question.

4        Q       All right, let me show you a document.

5                I'm showing you what we already marked

6    as Exhibit A.  This is a Business Information sheet

7    obtained from the New York State Department of

8    State and it says for Club Clio Corp.  It says

9    Initial DOS Filing Date.  Also it's pretty much the

10   same as the incorporation date was August 27,

11   2013.  Do you see that?

12       A       Yes.

13       Q       Was it around this time, around August

14   27, 2013, that you opened the retail store for Club

15   Clio?

16       A       No, I think there was some time gap

17   between those two events.

18       Q       How long was the time gap?

19       A       I don't know the exact date of the

20   opening of the retail store but I believe it was in

21   the wintertime.

22       Q       So is it accurate to say that you

23   opened the retail store for Club Clio Corp. at

24   136-86 Roosevelt Avenue in the winter of 2013 and

25   '14?

1  Lee - direct

2      A      Yes, that would be correct.

3      Q      When you were setting up that store,

4  who was responsible for contracting with the POS

5  software or the cloud server support company?

6      A      I believe it was Bong Soo Lee.

7      Q      Mr. Lee, I thought Bong Soo Lee was the

8  person in the legal part of your corporation that

9  was established rather recently.  Isn't that

10  right?

11         MR. ELAN:  Objection to the form of the

12      question.

13      A      Yes.  What I was saying about Bong Soo

14  Lee is that he was the point of contact between our

15  entity and the legal adviser.  It's not to say that

16  he has any legal knowledge or he's in charge of

17  legal issues.

18      Q      When was Mr. Bong Soo Lee first hired?

19      A      2008.

20      Q      Under what company?

21      A      DKCosmetics.

22      Q      And did he later transfer to any other

23  entities?

24      A      I can't recall.

25      Q      So is it accurate to say that he always

```
 1    Lee - direct

 2    worked for DKCosmetics?

 3         A     Yes.

 4         Q     Do you have any knowledge of what

 5    Mr. Kim's actual work hours were?

 6               MR. ELAN:  Just before we answer,

 7          before we answer, just a clarification.

 8               You're asking about Ga Ho Kim's hours?

 9          What time?

10               MR. KWAK:  Yes.

11               MR. ELAN:  When?

12               MR. KWAK:  Well, during the

13          employment.

14               MR. ELAN:  Well, you want to just break

15          it down because it may --

16               MR. KWAK:  If he has to break it down

17          --

18               MR. ELAN:  We've heard testimony here

19          that he was employed at different places, in

20          New Jersey, in New York.

21               MR. KWAK:  If he has to break it down.

22          If he has to break it down, he'll break it

23          down, and I'm asking him if he knows.

24               MR. ELAN:  For the record, objection.

25          The question is overly broad.  If the witness
```

1    Lee - direct

2        can answer it.

3        A       Well, if you're asking me about his

4    work hours from start of his employment to the end

5    of his employment, no, I do not know.

6                MR. KWAK:  I will mark this as Exhibit

7        H for Identification.

8                (2018 time records are marked Exhibit H

9        for Identification.)

10       Q       Mr. Lee, do you recognize this

11   document?

12       A       Yes.

13       Q       Can you explain to me what this is?

14       A       I believe this was the information

15   downloaded from our ERP system.

16       Q       And it says on the second column it

17   says Jimmy Kim.  That's -- that refers to Mr. --

18   the plaintiff here, Ga Ho Kim.  Right?

19       A       That's correct.

20       Q       And the date here starts from 2018 July

21   2nd through on the third page 2018 October 24th.

22   Do you see that?

23       A       Yes.

24       Q       Do you know how this chart or

25   spreadsheet was generated?

1   Lee - direct

2       A       Are you asking me if I know how the

3   information was generated or how this chart was

4   created?

5       Q       Just generally how this was put

6   together.

7       A       Yes, because I understand the ERP

8   system, how the information is entered and how it's

9   withdrawn, so if you are asking me how the

10  information was extracted, then I do know.

11      Q       I see a lot of dates and times and IP

12  addresses and working time.  Can you explain to me

13  as far as you know how the information is entered

14  into the spreadsheet?

15      A       Yes, I do know.

16      Q       Can you explain to me how it's entered,

17  how the information is entered?

18      A       Okay.  Once an employee arrives at

19  work, he or she would access the ERP system and the

20  employee could choose to record his clock-in and

21  clock-out time either automatically or manually.

22  So if you want to do it manually, you have to

23  manually clock in and out but if it's automatic you

24  just turn the system on to clock in and turn the

25  system off in order to clock out.

1    Lee - direct

2         Q       And, Mr. Lee, you said the time entries

3    are made when the employees arrive at work and when

4    they leave at work, whether automatically or

5    manually.  Correct?

6         A       Yes, each employee can access the ERP

7    system to his or her own computer and choose to

8    clock in or clock out either automatically or

9    manually.

10        Q       So does that mean the employee has to

11   be sitting in front of a computer for these entries

12   to be made?

13        A       Yes, I think so.

14        Q       And those computers are at DKCos

15   Corp.'s office.  Is that right?

16        A       Yes.

17        Q       And where is the office located?

18        A       Well, according to the information,

19   Jimmy Kim's location was New Jersey.

20        Q       And how can you tell?

21        A       Well, you could see from the IP address

22   and also at the top and during his employment the

23   DKCosmetics used an ERP system and he went to the

24   New Jersey office.

25        Q       Mr. Lee, do you have records of Ga Ho

1    Lee - direct

2    Kim or Jimmy Kim's work hours other than this

3    between 2018 July through October?

4          A       I'm not sure.

5          Q       Is there any reason you could think of

6    that might have caused the destruction or deletion

7    of Mr. Kim's work hour records?

8          A       No.  I mean, we cannot delete

9    information on the system on our own.

10         Q       Do you know how long -- do you know for

11   how long the records are maintained on the system,

12   the ERP system?

13         A       My understanding is that as long as the

14   service is paid for by us, the information is

15   maintained in the system.

16         Q       Today as you sit here do you believe

17   you should have all the records predating 2018 July

18   2nd?

19               MR. ELAN:  Let me ask, what records are

20         you referring to?  The witness has testified

21         about this document, about what it

22         represents.  What are you talking about?

23               MR. KWAK:  Mr. Kim's records, the ERP

24         records, before 2018 July 2nd.

25               (There is a discussion off the record.)

1    Lee - direct

2              MR. KWAK:  Back on the record.

3         Q     Mr. Lee, is there a similar document

4    for Mr. Kim for the period preceding 2018 July 2nd?

5         A     I don't know.

6         Q     When Ga Ho Kim was working in

7    New Jersey he was commuting from Flushing.  Right?

8         A     Yes, based on my -- based on the

9    information and knowledge, I believe Ga Ho Kim was

10   living in New York at the time of our hiring.

11             MR. ELAN:  Sean, can we do this.  We've

12        been going now -- I'm looking at my watch --

13        for an hour-and-a-half.  I just want a five-

14        minute break.  Just five minutes.

15             MR. KWAK:  Five-minute break?

16             MR. ELAN:  Because we're going into a

17        new area.  Let's just take -- I just need a

18        five-minute break.  All right?

19             MR. KWAK:  Yes.  Go ahead.  Take a

20        break.

21             (There is a recess.)

22        Q     Just a little bit more on Exhibit, this

23   was H.

24             Mr. Lee, is there any reason for you to

25   doubt the accuracy of the records shown on Exhibit

1    Lee - direct

2    H?

3          A      No.

4          Q      And this shows the hours that Mr. Ga Ho

5    Kim or Jimmy Kim was working at the New Jersey

6    office or warehouse.  Is that correct?

7          A      Yes.

8          Q      All right.  And while Mr. Kim was

9    working in New Jersey was he provided a company

10   vehicle?

11         A      No.

12         Q      Did Mr. Kim not have a company vehicle

13   to drive around?

14         A      That's correct, there was no company

15   vehicle.

16         Q      Mr. Kim drove to work to New Jersey.

17   Right?

18         A      I'm not sure.

19         Q      Do you know if Mr. Kim was driving one

20   of your companies' or your employees' vehicles?

21         A      Well, I heard it later, heard about it

22   later.

23         Q      Whose vehicle was it?

24         A      Seri Oh.

25                THE WITNESS:  S-a-r --

1    Lee - direct

2              MR. ELAN:  Mr. Lee, with the consent --

3         Mr. Lee, hold on one second.

4              If you want, because it looks like my

5         client is struggling here for the spelling.

6         With your consent, Sean, he can either spell

7         it as best he can or if you want to leave a

8         blank in the transcript and we can put it in

9         later.

10             MR. KWAK:  Of course.  We can just

11        spell it out phonetically.

12             MR. ELAN:  Okay.  Why don't we do that.

13             MR. KWAK:  I would say --

14             MR. ELAN:  We can always correct the

15        transcript.

16             MR. KWAK:  -- S-e-r-i O-h.

17        Q      Mr. Lee, do you know how Mr. Kim came

18   to possess and drive Miss Oh's car?

19        A      I don't.

20        Q      When was the first time you found out

21   that Mr. Kim was driving Miss Oh's car?

22        A      If you're asking for an exact date, I

23   don't remember.

24        Q      What was the year that you first found

25   out about it?

1  Lee - direct

2       A       I don't know that either.

3       Q       Was it after this lawsuit was filed?

4       A       No.

5       Q       It was before this lawsuit was filed.

6  Correct?

7       A       Yes, that's correct.

8       Q       Were you aware that Mr. Kim was driving

9  your employees working in New Jersey to work in

10  New Jersey?

11      A       I didn't know.

12      Q       So as far as you're aware, Mr. Kim

13  drove alone?  Is that right?

14      A       Well, if the point of your question is

15  asking me had I known that -- did I know if Ga Ho

16  Kim was driving from New York to New Jersey by

17  himself, I don't think so or I don't know, because

18  at some point I believe he told me that he was

19  living in New Jersey.

20      Q       All right, let me ask this again.  Were

21  you aware that Mr. -- were you ever aware that

22  Mr. Kim was driving any of your employees to and

23  from work?

24      A       Well, if you're asking me about the

25  carpool, yes, I knew about it.

1   Lee - direct

2        Q        When did you first find out about it?

3        A        When Saeri Oh told me.

4        Q        And what is Mrs. -- Miss Oh's title

5   within the company?

6        A        Currently her title is operation

7   manager.

8        Q        When was she promoted to an operation

9   manager?

10                MR. ELAN:  I'm going to object to the

11           question because there's been no testimony

12           about what her prior position was and all of a

13           sudden you're talking about some promotion to

14           operations manager.  Maybe you just want to go

15           back and ask what her title was before.  I

16           think that question is one step ahead.

17                MR. KWAK:  Well, if I don't do this,

18           you're going to say it's lacking foundation.

19        Q        What was Miss Oh's title before

20   operation manager?

21        A        Well, I don't know how to explain it in

22   English.  However, she was an assistant manager and

23   then she was promoted to the manager level.

24        Q        And when did she tell you about

25   Mr. Kim's driving of your other employees?

Lee - direct

2     A    Well, I don't know when that was.
However, when I asked Miss Oh where she parks her
car, she told me temporarily she had loaned it to
Ga Ho Kim.

6     Q    And how was Miss Oh getting to work?

7     A    Probably she used the subway.

8     Q    Did you ever direct your employees to
request a ride from Ga Ho Kim?

10    A    No.

11    Q    At the end of the day while Mr. Kim was
working in New Jersey, would he -- would he stop by
your retail stores in New York and drop off some
merchandise or goods?

15    A    I'm not certain.

16    Q    Who would know if it happened?

17    A    Alex.

18    Q    What's his full name?

19    A    I can't recall what his last name was.

20    Q    Who was or what was Alex's employer,
DKCosmetics, DKCos Corp.?

22    A    DKCosmetics.

23    Q    What was his title?

24    A    Warehouse manager.

25    Q    Did Mr. Kim have the keys to all the

Lee - direct

2  retail stores in New York?

3       A       I'm not sure.  I don't even have those

4  keys.

5       Q       All right.

6               Mr. Lee, do you know what a spread of

7  hours pay is?

8       A       Yes, I know it very well now.

9       Q       When did you first learn about it?

10      A       I heard it from my attorney.

11      Q       And that was after this lawsuit was

12  filed.  Correct?

13      A       That's correct.

14      Q       Is it your contention that Ga Ho Kim

15  was not entitled to spread of hours payment?

16      A       No.

17      Q       And did you ever pay Ga Ho Kim for

18  spread of hours premium?

19      A       Well, I mean, like, you asked me if I

20  knew what the spread of hours is before the lawsuit

21  was filed and I said no.  So to the following

22  question that had I ever paid Ga Ho Kim for the

23  spread of hours and the answer would be no.

24  However, if you ask me if I ever paid Ga Ho Kim for

25  the night shift hours that he worked, then yes.

1   Lee - direct

2       Q       Okay.  Well, we'll get to that later.

3               Mr. Lee, do you remember one of your

4   employees named Aeri Moon?

5       A       Yes, very well.

6       Q       When was she first hired?

7       A       I can't recall the date.

8       Q       What year was it?

9       A       No.

10      Q       Was she employed in New York or in

11  New Jersey?

12      A       New York.

13      Q       Which company employed her?  Was it

14  Club Clio NYC Corp. or Club Clio Corp.?

15      A       One of the two.  However, I don't know

16  which one.

17      Q       Does it matter which one hired her?

18      A       No.  No, it's just that unless I know

19  the answer, I wasn't supposed to guess, so I said I

20  don't know.

21      Q       How was she paid?  Was she paid in

22  cash, check, direct deposit or somehow else?

23      A       I never was the one who handed out her

24  pay so I have no idea.

25      Q       And how often was she paid?

1  Lee - direct

2      A      Probably similar to other employees.

3  However, I don't know if she was paid weekly or

4  monthly.  I don't know.

5      Q      Was she a salaried employee?

6      A      I believe she was a part-time employee.

7      Q      Was she a full-time employee at any

8  point in time?

9      A      Yes, I think so.

10     Q      When she was a full-time employee, do

11 you know if she was a salaried employee or hourly

12 employee?

13     A      I can't recall.

14     Q      All right, I'm showing you what's been

15 marked as Exhibit G and I'm on the payment method

16 tab.  Do you see I'm highlighting for you the cells

17 for Aeri.  It says Employee Name, Aeri.  Do you see

18 this, Mr. Lee?

19     A      Yes.

20     Q      And Aeri, that's Aeri Moon.  Right?

21     A      Correct.

22     Q      And it says Amount, 1250.  Correct?

23     A      That's correct.

24     Q      And it says Method, Cash.  Do you see

25 that?

1  Lee - direct

2      A      Yes, I do see that.

3      Q      Would this mean that Miss Moon was paid

4  $1,250 in cash?

5      A      Yes, I believe so.

6      Q      And I'm looking at this August tab.

7  There's also a row for Aeri.  That's Miss Moon.  Do

8  you see that?

9      A      Yes.

10      Q      And it says under the column for Work

11  days/hours, it says fix.  Do you see that?

12      A      Yes.

13      Q      Can you see it, Mr. Lee?

14      A      Yes.

15      Q      Do you know what that means, the term

16  fix?

17      A      With regard to the word fix on this

18  sheet, I do not know what it implies to.

19      Q      Who would be the most knowledgeable

20  about this spreadsheet?

21      A      Jieun Lee.

22      Q      Thank you.

23             When you pay your employees in cash, do

24  you have them sign some kind of receipt?

25      A      Well, with regard to what you have just

1   Lee - direct

2   showed me, like if you're asking about the CT that

3   I just saw, it would have been a supervisor who

4   would have paid Aeri Moon.  However, I've never

5   paid her directly.

6        Q      By CT I think you meant the sheet.

7   Right?

8        A      Well, yes, what I'm trying to say is if

9   you're asking me if -- to know -- to find out if I

10  have ever paid the amount that was shown on that

11  sheet, then I never did.

12              (There is a discussion off the record.)

13       Q      Okay.  Mr. Lee, when you paid Miss Moon

14  the wages or when your supervisors paid Miss Moon

15  her wages, do you know if she was provided a copy

16  of a paystub?

17       A      No, I do not.

18       Q      Do you know if when Miss Moon was first

19  hired, she was given a notice that sets forth her

20  pay day, pay rate and pay frequency?

21       A      If you're asking me, no, I have never

22  done that.

23       Q      And was Miss Moon required to record

24  her hours as in clock in and clock out when she

25  came to work and left work?

1    Lee - direct

2         A     Yes.

3         Q     And that would be recorded on the POS

4    cloud server.  Correct?

5         A     That's correct.

6         Q     And you're not aware of her actual work

7    hours other than those recorded on the POS server.

8    Correct?

9         A     Yes, that's correct.  Any information

10   that comes from me would have been from the POS

11   system.

12        Q     Just generally were salaried employees

13   treated any different from other employees,

14   nonsalaried employees?

15             MR. ELAN:  Just before the witness

16        answers, difference in what respect?

17             MR. KWAK:  Just employment purposes.

18             MR. ELAN:  Well --

19             MR. KWAK:  All right, let me clarify.

20             MR. ELAN:  Yes, that question is too

21        vague.

22        Q     With respect to recordkeeping policies,

23   were there any difference between the records

24   provided and kept for salaried employees versus

25   nonsalaried employees?

1    Lee - direct

2         A      Well, is the question related to

3    DKCosmetics and DKCos Corp. or Club Clio USA and

4    Club Clio NYC Corp.?

5         Q      For all entities, but if your answers

6    are different for the different entities, you can

7    indicate so.

8         A      Well, with regard to DKCosmetics and

9    DKCos Corp., before they are hired there is --

10   there is a salary negotiation, so they -- so they

11   get paid salaries.  However, with regard to the

12   Club Clio USA and Club Clio NYC, the ones who are

13   in charge of hiring are managers including Jimmy

14   and I do not deal directly -- I was not involved in

15   that so I don't know.

16        Q      At Club Clio Corp. or Club Clio NYC

17   Corp., do you have any reason to believe that Ga Ho

18   Kim was treated in any way different from other

19   salaried employees with respect to recordkeeping

20   policies?

21        A      No.

22        Q      And, again, with respect to the

23   recordkeeping policies, was Mr. Kim treated any

24   differently from other nonsalaried employees?  I'm

25   sorry, in Club Clio Corp. and in Club Clio NYC

1   Lee - direct

2   Corp.

3        A       No.

4        Q       Okay.

5                Mr. Lee, did you have a chance to

6   review the Complaint filed in this action?

7                MR. ELAN:  You want to put a time frame

8        on that?

9                MR. KWAK:  It's the Complaint.  It's

10       obviously after the lawsuit was filed.

11               MR. ELAN:  Well, I know.  Are you

12       asking yesterday in connection with this

13       deposition?  Are you asking six months ago?

14               MR. KWAK:  At any time.

15       A       You're asking me have I ever read the

16   Complaint anytime being -- anytime after the

17   lawsuit was filed.  Right?

18       Q       That's correct.

19       A       Yes.

20       Q       And are you aware that Mr. Kim is

21   alleging unpaid overtime wages?

22       A       Yes, that's what I read.

23       Q       Do you contend that Mr. Kim is not

24   entitled to overtime pay?

25       A       No, that's not what I think.

1   Lee - direct

2        Q       Do you contend that Miss Moon was not

3   entitled to overtime pay?

4        A       No, that's not what I contend.  That's

5   not my contention.

6        Q       And did you ever pay Miss Moon any

7   overtime wages?

8        A       Yes, I received a report saying that

9   she was paid overtime.

10       Q       Who was that report from?

11       A       Eun Hee Wang.

12               THE INTERPRETER:  I'm just going to

13               give you a phonetical spelling.  E-u-n H-e-e

14               W-a-n-g.

15       Q       And when was that report?

16       A       Well, I don't know the exact point in

17  time.  However, I do remember that clearly because

18  she asked for more money because she was short of

19  money.

20       Q       And was that after this lawsuit was

21  filed?

22       A       No.

23       Q       Do you remember what year it was?

24       A       I don't remember what year that was.

25  However, I do remember it was while Moon -- Aeri

1    Lee - direct

2    Moon was still working for us.

3         Q      Do you know if it was paid in cash or

4    by check?

5         A      No, I don't have a clear recollection.

6         Q      Okay.

7                And was Mr. Kim ever paid overtime

8    wages?

9         A      Yes.

10        Q      When was that?

11        A      I don't remember when that was.

12        Q      Was it on more than one occasion?

13        A      Yes.

14        Q      When did you begin to pay your

15   employees for overtime wages?

16        A      I can't remember well the date.

17        Q      Was it from the opening of your retail

18   stores?

19        A      Yes, I believe around that time the

20   supervisors paid overtime on their own discretion.

21        Q      Okay, I'm showing you -- actually, I'll

22   mark this as Exhibit I for Identification.

23               (Email dated March 13, 2018 is marked

24          Exhibit I for Identification.)

25        Q      Mr. Lee, can you see an email that I'm

1    Lee - direct

2    sharing with you?

3         A    Yes.

4         Q    On the Subject line, can you read what

5    it says with the assistance of the interpreter?

6         A    I'm going to check the overtime for

7    February.

8         Q    Okay.

9              And do you see that there's a forwarded

10   message that's from Jimmy Kim?

11        A    Yes.

12        Q    And it says, "Mr. President, I'm

13   sending you the February work hours in Excel

14   file."  Is that right?

15        A    Yes.

16        Q    What was the purpose of requesting

17   Mr. Kim to send over his February work hours on

18   this date?

19        A    As the president of the company I did

20   not know that my employees were working overtime.

21   However, our security camera alerted me that

22   someone was there and I figured it was my employee,

23   either my employee or employees working late, so I

24   recognized that as I had legal duty to pay the

25   overtime, that's why.

Lee - direct

2      Q      So prior to February you were not aware

3   that your employees were working overtime?  Is that

4   right?

5      A      I can't recall.

6      Q      Was February the first time that you

7   requested or that you attempted to check if your

8   employees were working overtime?

9      A      No.

10     Q      How many times before February 2018 did

11  you check if your employees were working overtime?

12     A      I checked every month through Hyeshin

13  Hwang.

14     Q      What was so special about the February

15  overtime that you requested Ga Ho Kim or Jimmy Kim

16  to send you his hours?

17     A      I believe February was a busy month for

18  the warehouse and the reason that I asked Jimmy Kim

19  or Ga Ho Kim to provide that information was

20  because he was the lowest-level employee at the

21  warehouse and I knew that his information would be

22  truthful and if I asked a higher-level employee,

23  then I felt that the higher-level employee may

24  provide false information.

25               (There is a discussion off the record.)

1  Lee - direct

2          MR. ELAN:  Exhibit I is an email dated

3      March 13, 2018 from Ga Ho Kim, a/k/a Jimmy

4      Kim, to the witness, Mr. Lee, and shown to be

5      getting a copy of the same email is Hyeshin

6      Hwang.  I hope I'm not mispronouncing it.  I

7      apologize.

8          MR. KWAK:  That's fine.  We got the

9      spelling.

10          MR. ELAN:  As long as we got the

11      spelling, that's fine.

12          MR. KWAK:  Okay.

13          MR. ELAN:  Go ahead, Sean.

14          MR. KWAK:  Are we ready?

15          MR. ELAN:  Go ahead.

16      Q      Mr. Lee, were you able to pull the

17  records from the ERP system for Mr. Ga Ho Kim for

18  February 2018?

19      A      Yes.

20      Q      Then why is it that you requested Ga Ho

21  Kim to provide an Excel spreadsheet instead of

22  pulling it from the system?

23      A      So that I can compare with the hours

24  that he recognized as his work hours.  I wanted to

25  reconcile that with our company record, so if

1    Lee - direct

2    possible I was going to accommodate his hours.

3         Q      Okay.

4                And did you end up paying Mr. Ga Ho Kim

5    his overtime wages for February 2018?

6         A      Yes.

7         Q      Okay.

8                And I'm showing you a third page of

9    Exhibit I.  Is that the check that you issued for

10   Mr. Kim's February overtime?

11        A      It looks like it.

12        Q      Is that your signature on the check?

13        A      Yes, that's correct.

14        Q      So for February 2018 you paid Ga Ho

15   Kim's overtime by check.  Correct?

16        A      That's correct.

17        Q      What about for all the other months

18   before February and after February?  Did you pay

19   Mr. Kim his overtime wages by check?

20               MR. ELAN:  Well, objection.  I mean,

21          have we established that he worked overtime?

22          I mean, that question presupposes that that

23          has been asked and answered.  I don't recall

24          that testimony.

25               MR. KWAK:  Apparently, he paid for

1  Lee - direct

2      overtime.

3          MR. ELAN:  Well, he paid overtime for

4      March -- for February.  We're not disputing

5      that.

6      Q    Mr. Lee, I'm showing you page 2 of

7  Exhibit I.  Do you recognize this document?

8      A    I don't know if I recognize this

9  particular page.  However, it seems to have been

10  extracted from our program.

11     Q    Okay.

12          At the bottom left corner it says March

13  13, 2018 12:15.  Correct?

14     A    Yes.

15     Q    Is it -- would it be accurate to say

16  that the second page of Exhibit I, the spreadsheet,

17  is an attachment that's shown on the first page of

18  the email?

19     A    I'm not sure.

20     Q    Okay.

21          Then when Mr. Kim sent you the Excel

22  file that's referenced in the email, the first page

23  of Exhibit I, did you see that Mr. Kim had actually

24  worked overtime for February?

25     A    I instruct the HR person to review the

1   Lee - direct

2   information provided and pay the employee or

3   employees so that there is -- so that it would not

4   cause any legal issues.  However, I'm not the one

5   who pays the employee or employees.

6          Q       Okay.

7                  And did the HR personnel report to you

8   at any time that Mr. Ga Ho Kim did work overtime

9   for February 2018?

10         A       Yes.  That's why the check was issued.

11         Q       And, again, you signed the check.

12  Right?

13         A       Yes, that's correct.

14         Q       Did you sign a check for every overtime

15  payment that you made to your employees?

16         A       Not all the time.

17         Q       Most of the times?

18         A       Yes.

19         Q       Okay.  I'm going to request a copy of

20  all the checks that you paid to your employees for

21  overtime and I'll put that in writing after the

22  deposition.

23         A       Yes, I'll look for them and if I find

24  any, I will provide them to my attorney.

25                 MR. ELAN:  Mr. Lee, listen to me.  That

1    Lee - direct

2         request was directed to me on your behalf.

3         We'll take it under advisement.  Okay?  Don't

4         you respond to that question.  Counsel was

5         directing that to me.  Understand?

6    A         Understood.

7              MR. ELAN:  All right.  With respect to

8         any requests, any requests that's made, we'll

9         take it under advisement.

10             MR. KWAK:  Understood, Mr. Elan.

11   Q         Mr. Lee, I'm showing you the fourth

12   page of Exhibit I.  Do you recognize this

13   document?  It's a check from DK Cosmetics but do

14   you recognize this document?

15   A         Yes, I do.

16   Q         Can you tell me what this payment was

17   for?

18   A         Ga Ho Kim came to the United States

19   when he was young and due to some personal reasons

20   he and his parents hadn't seen each other for a

21   long time and at that time his parents were about

22   to visit this country, so I gave him a paid

23   vacation and I also gave him some money for -- some

24   money for his vacation so he can have a good time

25   with his parents.

Lee - direct

2    Q      This was not compensation for overtime

3    wages.  Correct?

4    A      That's correct.

5    Q      Mr. Lee, do you know how to calculate

6    overtime wages?

7    A      No.

8    Q      Who calculated all the overtime wages

9    that were purportedly paid by you or your

10   companies?

11   A      I believe it was our C.P.A.

12   Q      And what's his name or her name?

13   A      James Nam.

14   Q      And did he provide that service for you

15   for the entire duration of your business operation?

16   A      Based on request.  Upon request only.

17   Q      And how often did you make this request

18   for Mr. Nam to calculate overtime wages for you and

19   your company?

20   A      I did not handle that, so I'm not sure.

21   Q      Then who is responsible for making the

22   requests to Mr. Nam to calculate the overtime

23   wages?

24   A      It used to be Hyeshin Hwang but now

25   it's Sujin Ji.

1  Lee - direct

2      Q      And are you aware of how the request is

3  made?

4      A      No.

5      Q      Mr. Lee, do you know if Miss -- is it

6  Miss Hwang or Mr. Hwang?  I forget.

7      A      Miss.

8      Q      Okay.

9             Would Miss Hwang and Miss Ji send an

10  email to Mr. Nam or would they tell him over the

11  phone what the numbers are or would they mail out a

12  form to Mr. Nam?  Do you have any idea how the

13  request was made?

14      A      I don't know what the process was prior

15  to Sujin Ji taking over that role.  However, after

16  Sujin Ji was in charge of that, she always cc's me

17  in her email to James Nam.

18      Q      And when did Miss Ji take over the HR

19  matters?

20      A      I don't know the exact date.

21      Q      Do you know the approximate date?

22      A      No, I can't recall.

23      Q      And did Miss Ji make the request to --

24  actually, let me rephrase that.

25             Did Miss Hwang or/and Miss Ji make the

1    Lee - direct

2    request to Mr. Nam for all the corporations or just

3    for some of them?

4          A      It was for DKCosmetics and DKCos Corp.

5          Q      And who's responsible for calculating

6    the overtime pay for Club Clio Corp. and Club Clio

7    NYC Corp.?

8          A      I believe you asked a similar question

9    before.  However, I believe I answered that it was

10   Jieun Lee.

11         Q      And to your understanding, Miss Lee

12   knows how to calculate the overtime wages.

13   Correct?

14         A      Yes, that's correct.

15         Q      And for all the payments you made to

16   your employees, you maintain a record of all the

17   payments.  Right?

18         A      Yes.

19         Q      And did you produce all those records

20   in this action?

21         A      Yes, I believe so.

22         Q      I'm showing you Exhibit F.  I showed

23   you this same file on the third tab on this

24   spreadsheet but I'm referring to the second tab

25   now.  The tab is titled DK Cosmetics underscore

1    Lee - direct

2    Payroll Info.  Can you see this spreadsheet,

3    Mr. Lee?

4        A       Well, I don't see the title but I can

5    see the Paid Date, Check, Amount and TTL, Note.

6        Q       All right.

7                Well, when I was referring to the name

8    of the tab, I was actually referring to a name

9    that's on the bottom where I'm hovering my mouse

10   over right now.

11       A       Sorry, I have a Zoom bar so I can't

12   see.

13       Q       Let me try this.  Can you see it now?

14       A       No.

15       Q       Okay, that's fine.  I'll represent to

16   you that this is the second tab of Exhibit F.

17               You can see the spreadsheet, though.

18   Right?

19       A       That's correct.

20       Q       Okay.  Is this all the record or is

21   this the record of all the payments that

22   DKCosmetics or DKCos Corp. had made to Mr. Ga Ho

23   Kim?

24       A       It's the record of the checks that were

25   issued to Ga Ho Kim.

1    Lee - direct

2         Q       Well, checks and direct deposit, too.

3    Right?

4         A       Yes.  Correct.

5         Q       Okay.

6                 MR. ELAN:  Sean, can I just ask you,

7         what's on here to indicate that this is Ga Ho

8         Kim?  Is there something from the prior tab?

9                 MR. ELAN:  Well, you produced or the

10        defendants produced this file.

11                MR. ELAN:  I'm just asking --

12                MR. KWAK:  Off the record.

13                (There is a discussion off the record.)

14                MR. ELAN:  Okay.  Is there a question

15        pending or no?

16                MR. KWAK:  No, I'm just waiting for the

17        court reporter.

18                Let me see, let me plan ahead a

19        little.

20                I think I'll be done within less than

21        an hour, not an hour in full.  You want to

22        take a quick ten-minute break or?

23                MR. ELAN:  No, I want to keep going.

24                MR. KWAK:  All right, sure.

25        Q       All right, Mr. Lee, back on the

1  Lee - direct

2  record.

3              MR. ELAN:  Just a minute.  Just go off

4       for a second.

5              (There is a discussion off the record.)

6              MR. KWAK:  All right, back on the

7       record.

8       Q     Mr. Lee, so is it true that this is all

9  the records of payments made to Mr. Ga Ho Kim by

10  check or by direct deposit?

11      A     Yes, I believe all the checks and

12  direct deposits to Ga Ho Kim were recorded.

13      Q     Do you see any entries for the payment

14  of overtime?

15      A     Well, based on the spreadsheet or the

16  tab on the screen, I only see one payment dated

17  March 15th.

18      Q     Why does your record show only one

19  payment for overtime if you had been paying each

20  month?

21      A     Because they were paid in cash.

22      Q     Didn't you testify that most overtime

23  wages were paid by check?

24      A     No, I never said that.

25      Q     Okay.

1    Lee - direct

2              If you paid Mr. Kim in cash, do you

3    maintain any record of cash payments?

4    A      I don't know if -- other than what was

5    already provided to my attorney, I don't remember.

6    Q      And did you provide to your attorney

7    any records concerning cash payments made to Ga Ho

8    Kim?

9    A      I believe we had a conversation about

10   that.  However, I do not remember if I turned over

11   all the documents to him or not.

12   Q      So are you saying that there may be

13   other documents that you did not provide to your

14   attorneys?

15   A      Well, it's impossible for me to give

16   you a yes or a no answer because I haven't gone

17   through all the documents.

18   Q      So you don't know.  Right?

19   A      That's correct.

20   Q      Do you know if there is any record

21   concerning cash payments?

22   A      I know there is a record of some

23   payment.

24   Q      And that's while Mr. Kim was working in

25   New York or in New Jersey?

1    Lee - direct

2        A        Well, all my answers pertain to the

3    time when Ga Ho Kim was working in New Jersey.

4        Q        With respect to the work hours for

5    Mr. Kim, is it your contention that Mr. Kim's hours

6    should be substantially similar with another

7    employee named Hyun Hee Kim?

8        A        Well, I don't know if you had asked me

9    that question before.  However, if you are asking

10   me if their work hours were very similar and I

11   would say yes because they both worked at the

12   warehouse during the same time period and they were

13   doing the same work and typically one person

14   doesn't stay afterhours or one person doesn't work

15   longer hours than the other, so they show up for

16   work at the same time and they leave work at the

17   same time.

18           MR. KWAK:  Okay, I'll mark this

19           document, I'll call it Hyun Hee Kim's hours,

20           as Exhibit J for Identification.

21           (Hyun Hee Kim's hours are marked

22           Exhibit J for Identification.)

23       Q        Mr. Lee, can you see the spreadsheet on

24   the pdf document that I'm sharing right now?

25       A        Yes.

1    Lee - direct

2        Q      This is a thirteen-page document.  I

3    can represent to you that this is what was produced

4    by your attorneys and I believe this to be the work

5    hours record for Miss Hyun Hee Kim.

6             Is that an accurate description of this

7    document?  If you like, I can scroll down.

8        A      Yes, I believe that's an accurate

9    description.

10       Q      And you're saying the hours for Miss

11   Kim should be substantially similar to Mr. Ga Ho

12   Kim's hours only because the warehouse workers

13   worked the same shift.  Is that correct?

14            MR. ELAN:  I'm going to object to that

15        because there was no testimony to your

16        question just before where you came out of

17        left field and said --

18            MR. KWAK:  Okay, okay, okay.

19            MR. ELAN:  We don't know who this is or

20        anything else, counsel.  Start again.

21            MR. KWAK:  All right.  Start again.

22            MR. ELAN:  We don't know anything about

23        this.  This testimony is completely out of

24        left field so start at the beginning with who

25        Hyun Hee Kim is and identify the person.  I

1  Lee - direct

2       don't have to tell you how to do the

3       deposition.  Go ahead.

4            MR. KWAK:  We actually mentioned Hyun

5       Hee Kim in the very beginning of the

6       deposition.

7            MR. ELAN:  Well, that's about seven

8       years ago so go ahead.

9            MR. KWAK:  All right.  I didn't know

10       that it was seven years ago or ten years ago.

11       Q     Mr. Lee, who is Hyun Hee Kim?

12       A     She's an employee of my company.

13       Q     Is she still an employee of your

14  company?

15       A     Yes, she still is.

16       Q     Which company is she employed by?

17       A     DKCosmetics.

18       Q     I see on the left or I see at the top

19  it says Company Name.  It says DKCos and in

20  parentheses DK Cosmetics parentheses.  Is there a

21  reason why both of the corporate names are written

22  on this document?

23       A     It's because both companies use one ERP

24  system.

25       Q     Okay.  And do you know where Miss Kim

```
1    Lee - direct

2    lives?

3        A      No, I don't know her address.

4        Q      Do you know if she lives in New Jersey

5    or in New York?

6        A      I do know that she is living in

7    New Jersey.

8        Q      While Mr. Ga Ho Kim was still working

9    at DKCos, where did Miss Kim live?

10       A      I believe she was living in New York.

11       Q      Are you aware that Miss -- all right,

12   I'm sorry, let me reask the question.

13              Is it your contention that Miss Kim and

14   Mr. Kim -- it sounds like they're married but

15   they're not -- commuted to work together?

16       A      I really don't know.

17       Q      Let me rephrase the question.  I think

18   I asked it wrong, too.

19              Is it your contention that Miss Kim's

20   -- that Miss Kim and Mr. Kim commuted together?

21              MR. ELAM:  I'm going to object.

22       Q      Or carpooled together?

23              MR. ELAN:  I don't recall any testimony

24           in the record about this.

25              MR. KWAK:  That's why I'm asking right
```

1   Lee - direct

2        now.

3             MR. ELAN:  You're asking if they

4        commuted together?  You know, I didn't hear

5        anything about a contention because I haven't

6        heard any testimony about it.

7             MR. KWAK:  That's why I'm asking right

8        now.

9             MR. ELAN:  Your question is phrased as

10       if an answer was already given about it, so

11       why don't you start by asking do you know

12       whether they commuted together.  I think that

13       would be --

14             MR. KWAK:  Well, I'm going to ask if

15       it's his contention that they commuted

16       together.

17             MR. ELAN:  How can you say it's his

18       contention when there's been no testimony

19       about it, Sean?

20             MR. KWAK:  I'm not premising this on

21       his testimony.

22             MR. ELAN:  How can you contend

23       something when there's no testimony about the

24       particular subject?  That presupposes there's

25       testimony in the record from Mr. Lee that he

1   Lee - direct

2       said that they commuted together.  There's

3       been no testimony about that.

4           MR. KWAK:  If he does not contend, he

5       can say, no, I do not contend so.  It's an

6       easy question to answer.

7           MR. ELAN:  I don't know.  Go ahead.

8       I'm too tired.  Ask the question.  Just ask

9       the question.

10          MR. KWAK:  I already did.

11          MR. ELAN:  Just note my objection to

12      that question.  Okay?  The witness can give an

13      answer but note my objection.  Improper

14      foundation.

15      A       But I never stated that they were

16  carpooling together.

17      Q       But is that your understanding, that

18  they carpooled together?

19      A       Yes, sometimes.

20      Q       Sometimes but not all the times.

21  Right?

22      A       Correct.

23      Q       And by sometimes, how often do you

24  mean, like how many days per week?

25      A       Probably a couple of times a month.

1  Lee - direct

2       Q       Okay.

3               All right, I'm showing you what's been

4  marked as Exhibit G.  This is the fourth tab that's

5  titled 9-12 and I'm looking at columns CA through

6  CD.  Can you see that, Mr. Lee?

7       A       Yes.

8       Q       It shows that from September 1st

9  through September 15th Jimmy, or Mr. Kim, the

10  plaintiff here, had worked 120 hours.  Correct?

11       A       Yes, based on that document.

12       Q       And to your understanding did Mr. Kim

13  work overtime during this pay period?

14       A       Yes, based on that record, he did.

15       Q       Do you know if Mr. Kim was paid

16  overtime for this pay period?

17       A       No, I do not.

18       Q       Why is that?

19       A       Well, I was the president of the

20  company.  However, other people were handling

21  this.  Therefore, I did not know about it.

22       Q       Is it fair to say, and so simply stated

23  -- well, let me withdraw that.

24               Are you saying you had no involvement

25  in the operation and management of the New York

1    Lee - direct

2    retail locations?

3         A       That's correct.  I did not manage those

4    retail stores.  I only provided monetary support

5    when they were short of money.

6         Q       So you're not aware of the

7    recordkeeping practices at the New York retail

8    locations.  Correct?

9         A       However, I received regular reports

10   from my vice-president.

11        Q       Who is the vice-president?

12        A       Bong Soo Lee.

13        Q       Did Bong Soo Lee provide reports to you

14   concerning how the records were being maintained

15   and kept at the New York retail locations?

16        A       Well, with regard to overtime payments

17   or circumstances of the retail stores, whether they

18   needed to hire more employees or let go of some

19   employees, these things would be reported by the

20   supervisor to the vice-president and then the

21   vice-president would relay those information to me.

22        Q       My question was, did Mr. Bong Soo Lee

23   report to you on the recordkeeping policies at the

24   New York retail locations?

25               MR. ELAN:  Objection to form.  What do

1    Lee - direct

2         you mean about recordkeeping policies?  I'm

3         not sure what you're meaning.

4              MR. KWAK:  By the records I mean

5         recordkeeping policies.  What's the vagueness

6         in that?

7              MR. ELAN:  Are you talking about

8         employment, any other particular records,

9         business records?

10             MR. KWAK:  All right, recordkeeping

11        policies with respect to the employees and the

12        employment of the employees.

13        A     Yes, I believe the supervisors had

14   them.

15        Q     But you're not aware of it.  Correct?

16        A     That's correct.  I don't have a clear

17   understanding or knowledge of it.

18        Q     And you don't know if the employees of

19   Club Clio NYC or Club Clio Corp. were paid

20   overtime.  Is that right?

21        A     That's not what I said.

22        Q     Are you aware of them?  Are you aware

23   whether -- of whether they were paid overtime?

24        A     I don't understand why you keep asking

25   the same questions because I already answered that

1  Lee - direct

2  question by saying when I would be contacted if the

3  -- if one of the companies were short of money to

4  pay the overtime.

5      Q      How was that request made?

6      A      By phone.

7      Q      And who would give you a call?

8      A      Supervisors.

9      Q      And that's Jieun Lee.  Right?

10     A      Yes.

11            MR. KWAK:  All right, I think just one

12     more line of question and I'll be done.

13            Which exhibit are we up to?  Did we do

14     J?

15            We did it up to J.

16            I'm showing -- I'll mark this as

17     Exhibit K for Identification.

18            (Defendant John Lee's Responses To

19     Plaintiff's Interrogatories is marked Exhibit

20     K for Identification.)

21     Q      Mr. Lee, can you see the document that

22  I'm sharing with you entitled Defendant John Lee's

23  Responses To Plaintiff's Interrogatories?

24     A      Yes, I think this is a similar document

25  to the one I saw already.

1   Lee - direct

2        Q      Yes.

3               I think you're referring to Exhibit B

4   that I showed you that was the Corporate

5   Defendant's Response To Plaintiff's

6   Interrogatories.  What I'm showing you now, Exhibit

7   K, is your response, you as an individual, in

8   response to plaintiff's interrogatories.

9               Do you recall seeing plaintiff's

10  interrogatories posed to you as an individual?

11       A      Yes, I do see that.

12       Q      And at the end of this response -- and,

13  Mr. Elan, by the way, it's not signed for some

14  reason -- but at the very end, the last page, page

15  5, says Verification and it has your electronic

16  signature on it.

17              Do you recall authorizing anyone or do

18  you recall electronically signing this or

19  authorizing someone to electronically sign on your

20  behalf for this Verification?

21       A      Yes.

22       Q      Okay.

23              And do you understand what the

24  Verification means?

25       A      Yes.

1   Lee - direct

2                MR. KWAK:  I'll mark this as Exhibit L.

3                No, not this one.  I'm sorry.  This as

4        Exhibit L.

5                (Defendant's Responses To Plaintiff's

6        Request To Admit is marked Exhibit L for

7        Identification.)

8        Q      Can you see this, Mr. Lee?

9        A      Yes.

10       Q      This is a document entitled Defendant's

11   Responses To Plaintiff's Request To Admit.

12               Have you seen this document before?

13       A      Yes.

14       Q      When was the last time you saw

15   Plaintiff's Request To Admit?

16       A      I can't recall.

17       Q      Okay.

18               And did you provide truthful responses

19   as to whether you admit or deny the statements

20   requested for admission?

21               THE INTERPRETER:  What was the question

22       again?

23       Q      Did you provide truthful responses as

24   to whether --

25               THE INTERPRETER:  Okay.

1   Lee - direct

2        A      Yes.

3        Q      And I'm showing you --

4               MR. KWAK:  I'll mark this as Exhibit M

5        for Identification.

6               (Defendant's Initital Disclosures is

7        marked Exhibit M for Identification.)

8        Q      Mr. Lee, this is a document entitled

9   Defendant's Initial Disclosures.  Do you recognize

10  this document?

11              MR. ELAN:  Did we mark this document?

12              MR. KWAK:  What is it?

13              MR. ELAN:  Have you marked this

14       document?  I haven't seen it.

15              MR. KWAK:  I just said it's Exhibit M.

16       I'll mark this as exhibit M just now.

17              MR. ELAN:  All right, go ahead.

18       Q      Mr. Lee, can you see this document?

19       A      Yes.

20              MR. ELAN:  Can he physically see it is

21       what you're asking.  Correct?

22              MR. KWAK:  Yes.  Yes.

23              MR. ELAN:  Mr. Lee, can you see the

24       document?

25       A      Yes.

1   Lee - direct

2        Q      All right.

3               Under section 1 you listed a pretty

4   lengthy list of witnesses who might know -- who

5   might have knowledge about this action.  (a) is

6   John Lee.  That's yourself.  Correct?

7        A      Yes.

8        Q      And in section (b) it says Yura (Alex)

9   Cha.  Do you see that?

10       A      Yes.

11       Q      Is he currently employed by any one of

12  your companies?

13       A      No.

14              MR. ELAN:  Just have you noting in the

15       same response it says he's no longer employed

16       by defendants.

17              MR. KWAK:  That is helpful.

18              MR. ELAN:  It may save you some time

19       because I don't want you to go through each

20       and every one.  I want to go home.

21       Q      Mr. Lee, is this the Alex that you had

22  mentioned during the deposition today?  Do you

23  recall mentioning an Alex?

24       A      Yes, that's correct.

25       Q      And who is Kwangsup Lim?

1  Lee - direct

2       A       Kwangsup Lim was the predecessor of

3  Alex Cha.

4       Q       Did Mr. Lim ever work with Ga Ho Kim

5  concurrently?

6       A       Yes.

7       Q       And it says for Mr. Lim it says, "Also,

8  while employed by DKCosmetics, was the person who

9  usually drove the employees from and to Flushing,

10  Queens to the Ridgefield warehouse."

11              Do you see that?

12      A       Yes.

13      Q       Is this accurate?

14      A       Well, I cannot read and understand that

15  English completely.  However, if you're asking me

16  about the carpool, yes, that's correct.

17      Q       And section (d) we have Saeri Oh.

18              Mr. Lee, do you see here that it says,

19  "Also, when Mr. Lim stopped working for

20  DKCosmetics, he took over as the person who usually

21  drove the employees from and to Flushing, Queens to

22  the Ridgefield warehouse"?  Do you see that?

23      A       Yes, if you're talking about the

24  carpool, that's correct.

25      Q       At the time Mr. Lim was providing the

1   Lee - direct

2   purported carpool service, were you aware that

3   there was such an arrangement between the

4   employees?

5        A       No, I didn't have clear understanding

6   of it.

7        Q       When did you come to have a clear

8   understanding of what Mr. Lim did for the other

9   employees?

10       A       Well, I don't know exactly when that

11  started.  However, I did know that most of the

12  employees were commuting from New York to

13  New Jersey by riding a bus provided from the King

14  Sauna and Ga Ho Kim and Hyun Hee Kim also traveled

15  to work that way.  However, at some point the

16  employees started to pool money together to pay for

17  gases and it became -- that became the practice.

18       Q       And, Mr. Lee, when did you become aware

19  that Mr. Saeri Oh was providing the carpool service

20  for the other employees?

21       A       I don't know when that was.  However, I

22  heard -- at one point I heard that people were

23  collecting ten dollars, twenty dollars for the gas

24  or for pastries and I know I heard about it from

25  someone and I believe it was Hwa Young Lee --

1    Lee - direct

2              THE INTERPRETER:  I'm just going to

3         give you phonetic spelling.  H-w-a Y-o-u-n-g

4         L-e-e.

5    A         -- who collected money.

6    Q         Did you or the corporate entities

7    provide an E-ZPass for Mr. Lim to use for the

8    carpool arrangement, purported carpool arrangement?

9    A         It wasn't specifically for the carpool

10   of the employees.  However, the E-ZPass was one of

11   the benefits that Mr. Lim received.

12   Q         And after Mr. Lim was no longer

13   employed by defendants, who began to use the

14   E-ZPass?

15             MR. ELAN:  Objection.  Note my

16        objection to the form of the question.

17             I just want to say for the record

18        there's no testimony that the E-ZPass was

19        given to anybody else, so note my objection.

20        The witness can give an answer.

21   A         I don't think anyone else used it.

22   Q         Did Mr. Kim, Ga Ho Kim, use the

23   corporate E-ZPass?

24   A         No, I don't think so.

25             MR. KWAK:  Okay, I think that's it for

1    Lee - direct

2         the day but give me three minutes to just

3         check my -- go over my notes.  You want to

4         come back at 5:15?

5              MR. ELAN:  That's fine.

6              (There is a recess.)

7              MR. ELAN:  Are you ready, Sean?

8              MR. KWAK:  I just have two more

9         questions.  Hopefully, it doesn't turn into

10        two lines of questions.

11        Q     Mr. Lee, when we were discussing the

12   overtime payments and the payments made by check,

13   you said most overtime wages were paid by check.

14   Do you recall that?

15             MR. ELAN:  I just want to object to the

16        form of the question.  I'm not certain that

17        that correctly characterizes the client's

18        testimony but over my objection, if the client

19        wants -- you know, can give an answer, go

20        ahead.

21        A     No, I never said that.

22        Q     Then why was it that the overtime paid

23   to Ga Ho Kim in February 2018 was paid by check?

24        A     I can't recall what the reason was.

25        Q     Was there anything in particular or

1    Lee - direct

2    special about that payment of overtime or for

3    overtime in 2018 February?

4         A      I'm not sure.

5         Q      By approximation, what percentage of

6    overtime checks did you write -- overtime payments

7    did you make by check?

8         A      I'm unable to estimate.

9         Q      Were the only overtime -- were the only

10   payments for overtime wages made by check in March

11   for February 2018?

12              MR. ELAN:  For the plaintiff?

13              MR. KWAK:  No, for all of his

14        employees, any of his employees.

15              MR. ELAN:  If you know the answer,

16        Mr. Kim.  Mr. Lee, excuse me.

17              THE INTERPRETER:  May the interpreter

18        ask Angela to read back the question?

19              MR. ELAN:  Please.

20              (The question is read by the reporter

21        as follows:

22              "Question:  Were the only overtime --

23        were the only payments for overtime wages made

24        by check in March for February 2018?")

25              MR. ELAN:  Note my objection.  The

1    Lee - direct

2          question is unintelligible.  If the witness

3          can give an answer.

4          A       I believe there were a few more.

5          Q       And by few more you mean few more for

6    the pay period other than 2018 February.  Is that

7    right?

8          A       Are we still talking about just Ga Ho

9    Kim or the rest of the employees?

10         Q       All of your employees.

11         A       Well, our company doesn't really have a

12   lot of work for our employees to stay for another

13   shift or a night shift.  However, I know it was

14   more than one time.

15         Q       Mr. Lee, I'm showing you what's been

16   marked as Exhibit H.  Actually, hold on one

17   second.  I got to keep track of all the exhibits

18   that we used before.  Okay.

19               Mr. Lee, I'm showing you what's been

20   marked as Exhibit H.  I could represent to you that

21   July 9th was a Monday.  That means on this chart

22   July 9th, 10, 11, 12 and 13 were Mr. Kim's

23   workweek.  Correct?

24         A       Yes, based on that record.

25         Q       Just approximately, can you look at

1   Lee - direct

2   this record and tell me if his weekly work hours

3   were greater or less than forty hours?

4          A       I don't want to guess.

5          Q       Was it more than forty hours or less

6   than forty hours?

7          A       Well, it looks to me like it was more

8   than forty hours based on that record.

9          Q       Should Mr. Kim have been paid overtime

10  on this week?

11         MR. ELAN:  Just a minute.  Again, this

12         witness is here as a fact witness.  Okay?

13         Whether he should have been paid overtime or

14         not subject to my qualification here that he's

15         here as a fact witness, you're asking for a

16         legal conclusion.  This witness is not here as

17         a lawyer.  The witness has testified that it

18         was more than forty hours.

19         Q       Do you believe that you or the

20  companies should have paid overtime?

21         MR. ELAN:  Over my objection, the

22         witness can give an answer.

23         A       Yes, I believe the overtime was paid.

24         Q       Let's look at the next week, the 16th

25  through the 20th.  Were the hours greater than or

1    Lee - direct

2    less than forty hours?

3         A       It looks to be more than forty hours.

4         Q       What about the next week, more than

5    forty or less than forty?

6         A       Yes, you don't have to ask me to do the

7    rudimentary mathematics.  It looks that way.

8         Q       Is it true that plaintiff worked

9    overtime almost every week?  Or, I'm sorry.  I'm

10   sorry.

11              Is it true that plaintiff worked more

12   than forty hours a week on almost all workweeks?

13              MR. ELAN:  Objection to the form of the

14         question.

15              Are we talking 2016?  I mean, when,

16         what period?  Are you talking about this

17         document?

18              MR. KWAK:  Let's say from 2018 July

19         through 2018 October.

20              MR. ELAN:  July of '18 through October

21         of '18.  So you're talking about July, August,

22         September and October.

23              MR. KWAK:  That's right.

24              MR. ELAN:  Is that what this document

25         is?

1    Lee - direct

2                    MR. KWAK:  Yes.  It starts July 2nd,

3            ends October 24th.

4                    MR. ELAN:  Well, you know, to save some

5            time, we'll stipulate whatever the document

6            shows in terms of hours, it shows for hours

7            per week, okay, so the client doesn't have to

8            sit here and do the math.

9                    MR. KWAK:  Yes, if your client didn't

10           say that it was on rare occasion that

11           plaintiff or his employees worked overtime, I

12           would not be going through this.

13                   MR. ELAN:  Well, you know, we're

14           talking about a four-year period or something,

15           a two-, three-year period here.  You're

16           showing a document for a few months.  Okay?

17           The witness also testified your client was

18           paid for the overtime.

19                   MR. KWAK:  I'm sorry.  That's because

20           this is the only record that you provided.

21                   MR. ELAN:  The employment of the

22           plaintiff was more than a few months so we

23           could get into -- we don't want to

24           characterize each other's testimony, I

25           believe.  Right?  The testimony is what the

1   Lee - direct

2         testimony is.

3               MR. KWAK:  And I'm trying to show that

4         his testimony is inaccurate by going through

5         the --

6               MR. ELAN:  You have the document.  You

7         have the document.  You have the hours.  You

8         made your point.

9               MR. KWAK:  Don't tell me how to do my

10        deposition.  If you're tired, fess up.

11              MR. ELAN:  I am tired.  This deposition

12        is now past five o'clock.  I'm just doing this

13        as a professional courtesy.

14              MR. KWAK:  That's because you're

15        objecting speaking objections, raising

16        speaking objections to my questions saying

17        there's no foundation when there's none needed

18        and your client saying he doesn't know

19        anything.  I'm sorry.

20              MR. ELAN:  On the contrary, my client

21        has testified fully and as completely as

22        possible here, counselor.

23              MR. KWAK:  And I believe it was

24        inaccurate so I do need to go through the

25        documents --

1   Lee - direct

2          MR. ELAN:  The record shows what the

3       record shows.

4          MR. KWAK:  No, but I want your client

5       to see it and I want his testimony about this

6       record on the record -- about this document on

7       the record.

8       Q     Mr. Lee, is it fair to say that

9   plaintiff worked overtime on every single week in

10  July, August, September and October of 2018?  If

11  you need time to review this document, I'll give

12  you the time.

13      A     I mean, if you're telling me that he

14  had worked overtime in that period, then my

15  understanding is that he was paid overtime for the

16  hours that he worked.

17      Q     That's not my question.

18          MR. KWAK:  Angela, can you read back my

19      question?

20          (The question is read by the reporter

21      as follows:

22          "Question:  Mr. Lee, is it fair to say

23      that plaintiff worked overtime on every single

24      week in July, August, September and October of

25      2018?  If you need time to review this

1   Lee - direct

2        document, I'll give you the time.")

3        A        Well, if that's what shows in the

4   record, then I think the record is correct.

5        Q        That was a yes or no question.

6                  MR. ELAN:  He gave you the answer.

7                  MR. KWAK:  No, he didn't.

8                  MR. ELAN:  You don't like the answer --

9                  MR. KWAK:  It's a yes or no question.

10                 MR. ELAN:  That's the witness's answer.

11                 MR. KWAK:  No, it's not that I don't

12       like the answer.  It's not the answer to the

13       question.

14                 MR. ELAN:  Ask the question again.  You

15       don't like the answer, ask the question again

16       a different way.

17                 MR. KWAK:  Angela, can you please read

18       back the question?

19                 (The question is read by the reporter

20       as follows:

21                 "Question:  Mr. Lee, is it fair to say

22       that plaintiff worked overtime on every single

23       week in July, August, September and October of

24       2018?  If you need time to review this

25       document, I'll give you the time.")

1  Lee - direct

2      A    I already said that if your question is

3  limited to the information that's written on that

4  record, I said -- my answer was yes, it looks that

5  way based on that record.

6      Q    Mr. Lee, do you still stand by your

7  testimony that it was only on rare occasion that

8  Mr. Kim or your employees worked overtime?

9          MR. ELAN:  Worked overtime?

10          Wait, what was that question?  Read

11      that back.

12          (The question is read by the reporter

13      as follows:

14          "Question:  Mr. Lee, do you still stand

15      by your testimony that it was only on rare

16      occasion that Mr. Kim or your employees worked

17      overtime?")

18          MR. ELAN:  Objection to

19      mischaracterizing the witness's prior

20      testimony.  If the witness wants to give an

21      answer, he can.

22      A    Yes, I do.  Yes, I still do.

23      Q    And for each pay period in July,

24  August, September and October of 2018 was Mr. Kim

25  paid in cash for overtime?

1    Lee - direct

2         A       Yes, that's my recollection.

3         Q       And you have records for that.  Right?

4         A       Some.

5         Q       What do you mean by some?  Which parts

6    are you missing?

7         A       Well, I don't know the point of your

8    question and I don't clearly understand the

9    question clearly.

10        Q       First of all, you don't need to know

11   the point of the question.  You just need to answer

12   the question.  And, second, let me rephrase it for

13   you or reask it for you.

14                Which parts of your cash payment record

15   are you missing?

16        A       Well, I said I have some of the record

17   and I don't have the rest, so I didn't mention

18   anything about the time period of the records that

19   I'm missing or the time period of the records that

20   I have.

21        Q       Okay.  Then which part of the record

22   are you missing?

23        A       Okay, my answer is the same.  I only

24   have some of the record but if you're asking me

25   which -- all the record that I'm missing which time

1   Lee - direct

2   period that those missing records pertain to, then

3   I don't know.

4        Q       Where do you maintain those records,

5   cash payment records?

6        A       Well, I have some records I keep in my

7   diary and for some employees the money was wired to

8   Korea so I have the record of the wire transfer.

9        Q       Other than in your diary, do you have

10  any other paper records or electronic files where

11  you maintain a list of all the cash payments you've

12  made to your employees?

13       A       I don't know if I have any now.

14       Q       Was it you that created the record, the

15  cash payment records?

16       A       Well, if the payment went out from me,

17  I probably have the record.  However, if the

18  payment went out from the HR person, then the HR

19  person would probably have the record.

20       Q       And who paid the cash overtime wages to

21  plaintiff?

22       A       For the retail shops it would have been

23  the supervisor and for DKCosmetics and DKCos Corp.

24  it would have been myself or the HR person.

25       Q       And that's cash from hand to hand.

1    Lee - direct

2    Right?

3         A      Yes.

4         Q      Where was the cash handed over

5    locationwise?

6         A      Based on my recollection, it was in

7    New Jersey.

8         Q      Was it in the office?

9         A      Well, like I said before, in New Jersey

10   we only have a warehouse and if you consider that

11   to be the office, yes, in the office.

12        Q      Is there any structure where you can

13   identify it was nearby?  Was it nearby a computer

14   or gates or a door?  Where was the location where

15   you personally handed over cash payment for

16   overtime wages to plaintiff in person hand to hand?

17        A      When I paid the overtime payment, it

18   would have been for all the employees because they

19   would have worked overtime together, so I put the

20   overtime payment on the table, on a table.

21        Q      Was it on a table for all the employees

22   or did all the employees have their own desks where

23   you put the cash payment on?

24        A      Well, each employee had their own

25   table.

1   Lee - direct

2        Q        And you left it there without -- when

3   the employees were not at their desk?

4        A        I mean, there were times when I paid my

5   employee when he or she was sitting at the table or

6   I -- there was also a time when I paid my employee

7   outside the building.

8        Q        Were there --

9        A        Okay, not outside the building but not

10  in the office area.

11       Q        Just to clarify, it's within the

12  building but outside like a smaller office space

13  within the building.  Correct?

14       A        Yes, I'm talking about, well, there's a

15  separation between the desk -- the office where

16  there are desks for employees and then another

17  warehouse space where the merchandise are kept, so

18  there is a desk in the warehouse area.

19       Q        And were there also times when you left

20  the cash payment on the employees' desks when

21  they're not there?

22       A        Yes, I have left the cash payment when

23  the employees were not at their desk.

24       Q        And with respect to plaintiff, Mr. Kim,

25  did you ever hand Mr. Ga Ho Kim the cash payment

Lee - direct

2    personally from hand to hand?

3         A       Yes.

4         Q       And approximately when was that?

5         A       I can't recall the date.

6         Q       Was it on more than one occasion?

7         A       Yes.

8         Q       Was it on -- was it twice a month?

9         A       I can't recall how many times.

10        Q       And how would the HR person make the

11   payment, cash payments, to the employees?

12        A       I do not know.

13        Q       And for the -- for all the cash

14   payments that you personally made to the employees

15   for overtime wages, you said you would keep --

16   maintain the record of how much was paid.  Correct?

17        A       Yes.  Like I said before, I only have

18   partial records.

19        Q       And you mentioned your diary.  Is there

20   anything other than your diary where you kept the

21   record of cash payments?

22               MR. ELAN:  Just for the record, this

23        question has been asked and answered I think

24        about three times.  The witness also testified

25        about wire transfers of payments besides his

1   Lee - direct

2        diary.

3             MR. KWAK:  Wire transfers are not cash

4        payments.

5             MR. ELAN:  The witness testified that

6        that's how payment was made in some cases.

7        Okay?  I mean, you can call it what you want

8        but I'm just, you know, refreshing your

9        recollection and this question has been asked

10       three times so far.

11            MR. KWAK:  Can you remind me what his

12       answer was?  Was there anything other than the

13       diary?

14            MR. ELAN:  Listen, listen, I want to

15       finish this.  We're coming up to seven hours.

16       Okay?  It's almost six o'clock and I want this

17       ended because I'm going to end this deposition

18       now.

19            MR. KWAK:  I want to end this, as well,

20       but your client is providing me --

21            MR. ELAN:  My client has answered your

22       questions.  You just don't like the answer.

23            MR. KWAK:  Then tell me what his answer

24       was.

25            MR. ELAN:  I'm tired of this.

Lee - direct

 1
 2          MR. KWAK:  What was his answer?
 3          MR. ELAN:  You get to ask it one more
 4     time and that's it.
 5          MR. KWAK:  No.  What was his answer?
 6          MR. ELAN:  He answered.  He said to you
 7     about a diary about cash payment records.  He
 8     talked about wire transfer records regarding
 9     cash payments, as well.  If you don't think
10     that's it, fine, you can disagree.
11          MR. KWAK:  What was his answer?
12          MR. ELAN:  That's his answer.
13     Q      Mr. Lee, please respond.
14          THE INTERPRETER:  There was an answer,
15     a response.
16     A      No, there's no other record.
17     Q      Thank you.
18            And what was the business hour for
19     DKCosmetics and DKCos Corp. in New Jersey?
20     A      Depending on the season, I believe the
21     hours varied.  It was either from nine to six or
22     ten to six.  I can't recall the exact business
23     hours.
24     Q      How long were the breaks for the
25     employees in New Jersey?

1  Lee - direct

2      A      The only break time that I'm aware of

3  was the one-hour lunch break.

4      Q      Was that recorded anyhow?

5      A      I don't really understand the

6  question.  Are you asking me if that was recorded

7  somewhere?

8      Q      Yes.  I'm asking if the employees'

9  break hours were recorded anywhere?

10              MR. ELAN:  I object to the form.  I

11        don't understand the question.  Recorded

12        what?  But if the witness can give an answer,

13        go ahead.

14      A      Well, it's indicated in our handbook.

15      Q      That's not my question.

16              Were the breaks that were actually

17  taken by the employees recorded, the times of the

18  breaks, were they recorded anywhere?

19              MR. ELAN:  Same objection.  The

20        question is unintelligible.  If the witness

21        can understand and give an answer, let him.

22      A      No, I think it would be difficult for

23  me to provide an answer because I couldn't really

24  understand the question.

25      Q      Did the employees clock in and out --

Lee - direct

2  actually, clock out when they began their breaks

3  and clock back in when they ended their breaks?

4       A       I do not know.

5       Q       Who would know?

6       A       I don't know.

7       Q       So you don't know of anyone that would

8  know about the employees' break hours.  Correct?

9       A       Well, I'm sure all the employees know

10  themselves.

11      Q       But no one knows about any records.

12      A       Well, with regard to the offices in

13  New York, employees clock out for lunch hour and

14  then they clock in when they return from their

15  lunch, so it's recorded.  However, with regard to

16  the locations in New Jersey, I am not really sure.

17      Q       Mr. Lee, how often were you at the

18  New Jersey warehouse?

19      A       Probably about once a month.

20      Q       And how often were you at the Club Clio

21  NYC retail store?

22      A       Well, once or twice a year.

23      Q       And how often were you at the Club Clio

24  Corp. retail store?

25      A       Same, once or twice a year.

```
1   Lee - direct

2              (The witness and the interpreter speak

3        in Korean.)

4   A      I just wanted to find out how long this

5   is going to take because I have to move my car,

6   take my car out from the parking lot at six.

7   Q      That's fine.  I'm done for today.

8   A      So I can leave?

9              (There is a discussion off the record.)

10             MR. ELAN:  We're done?

11             MR. KWAK:  We're done.

12             MR. ELAN:  Thank you.  Good-bye.

13             THE INTERPRETER:  All right.  Thank you

14       so much.

15             MR. KWAK:  Good night, everyone.

16             (Deposition concludes at 5:55 p.m.)

17

18

19

20

21

22

23

24

25
```

1

2

3                    C E R T I F I C A T E

4

5        I, ANGELA SPERDUTO, a Certified Court Reporter

6   of the State of New Jersey, do hereby certify that

7   the foregoing deposition of JOHN J.K. LEE was taken

8   before me on February 17, 2021 and was recorded

9   stenographically by me and the foregoing is a true

10  and accurate transcription of my stenographic

11  notes.

12       I FURTHER CERTIFY that the witness was duly

13  sworn by me according to law prior to testifying.

14       I FURTHER CERTIFY that I am not an attorney or

15  counsel for any of the parties, that I am not

16  related to or employed by any of the parties or by

17  any of the attorneys in this action, and that I am

18  not financially interested in the action.

19

20

21

22                        ANGELA SPERDUTO, CCR
                          License No. XI00394
23

24

25